B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Pacifica Mesa Studios, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Albuquerque Studios; DBA ABQ Studios | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-3736643 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>5236 Colodny Drive, Suite 101<br>Agoura Hills, CA<br><br>ZIP Code 91301 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 5650 University Blvd. SE<br>Albuquerque, NM 87106-9700 |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Pacifica Mesa Studios, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>    (Name of landlord that obtained judgment) |
| _____<br>    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Pacifica Mesa Studios, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Steven T. Gubner
_____
Signature of Attorney for Debtor(s)

 Steven T. Gubner 156593
_____
Printed Name of Attorney for Debtor(s)

 Ezra Brutzkus Gubner LLP
_____
Firm Name
 21650 Oxnard Street
 Suite 500
 Woodland Hills, CA 91367
_____
Address

_____

 (818) 827-9000  Fax: (818) 827-9099
_____
Telephone Number
 July 20, 2010              156593
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Hal Katersky
_____
Signature of Authorized Individual
 Hal Katersky
_____
Printed Name of Authorized Individual
 Managing Member
_____
Title of Authorized Individual
 July 20, 2010
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

JOINT AND UNANIMOUS ACTION BY WRITTEN CONSENT
OF ALL MEMBERS OF PACIFICA MESA STUDIOS, LLC,
a California Limited Liability Corporation
<u>AUTHORIZING FILING OF PETITION</u>
<u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

The undersigned, being all of the members ("Members") of Pacifica Mesa
Studios, LLC (the "Company"), together with the sole managing member of the
Company, Hal Katersky, by their signatures below or by counterpart hereof, hereby
consent to and adopt the following resolutions on behalf of the Company, pursuant to the
Amended and Restated Operating Agreement of the Company and the California
Corporations Code:

WHEREAS, it is deemed to be in the best interests of the Company that a Petition
("Petition") be filed by the Company under the provisions of Chapter 11 of the
Bankruptcy Code,

WHEREAS, under section 6.2(a)(iv) consent of all Members of the Company is
required to file such petition;

NOW, THEREFORE, BE IT RESOLVED that Hal Katersky ("Katersky"),
be and hereby is authorized to determine, based upon subsequent events and
advice of counsel, whether it is desirable and for the best interests of the
Company, its creditors, stockholders and other interested parties, to file a
Petition.

RESOLVED FURTHER that, if Katersky shall make such a
determination, then a Petition under said Chapter 11 shall be filed as
submitted by Katersky and the same hereby is approved and adopted in all
respects, and that Katersky is authorized hereby and directed, on behalf of
and in the name of the Company, to execute and verify such Petition and
to cause the same to be filed with the United States Bankruptcy Court,
Central District of California.

RESOLVED FURTHER that Katersky be and hereby is authorized to
execute and file all petitions, schedules, lists and other papers and to take
any and all action which he may deem necessary and proper in connection
with such proceedings under said Chapter 11 and in that connection to
retain and employ all assistance by legal counsel or otherwise which he

may deem necessary and proper with a view to the successful termination of such proceedings.

RESOLVED FURTHER that, the firm of EZRA BRUTZKUS GUBNER, LLP, be and it hereby is retained as attorneys for the Company in connection with the institution of and maintaining of such proceedings.

DATED: June 7, 2010

_____

HAL KATERSKY, Chief Executive Officer and Managing Member of Pacifica Mesa Studios, LLC

DATED: June 7, 2010

_____

DANA ARNOLD, Member

may deem necessary and proper with a view to the successful termination of such proceedings.

RESOLVED FURTHER that, the firm of EZRA BRUTZKUS GUBNER, LLP, be and it hereby is retained as attorneys for the Company in connection with the institution of and maintaining of such proceedings.

DATED: June 7, 2010

HAL KATERSKY, Chief Executive Officer and Managing Member of Pacifica Mesa Studios, LLC

DATED: June 7, 2010

DANA ARNOLD, Member

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Pacifica Mesa Studios, LLC                             Case No. _____

                                    Debtor(s)              Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ballantines<br>10387 LORENZO DR<br>Los Angeles, CA 90064 | Ballantines<br>10387 LORENZO DR<br>Los Angeles, CA 90064 | Other bill | | 4,500.00 |
| Bernalillo County<br>P.O. Box 269<br>Albuquerque, NM 87103 | Bernalillo County<br>P.O. Box 269<br>Albuquerque, NM 87103 | Property Tax | | 355,095.00 |
| CMR RISK & INSURANCE SVCS INC<br>8880 RIO SAN DIEGO DR, STE 725<br>SAN DIEGO, CA 92108 | CMR RISK & INSURANCE SVCS INC<br>8880 RIO SAN DIEGO DR, STE 725<br>SAN DIEGO, CA 92108 | Other Bill | | 5,684.00 |
| GIPSON HOFFMAN & PANCIONE<br>1901 Ave of the Stars, Ste 1100<br>Los Angeles, CA 90067-6002 | GIPSON HOFFMAN & PANCIONE<br>1901 Ave of the Stars, Ste 1100<br>Los Angeles, CA 90067-6002 | Other Bill | | 5,279.23 |
| JLS Security<br>PO BOX 36497<br>Albuquerque, NM 87176 | JLS Security<br>PO BOX 36497<br>Albuquerque, NM 87176 | Other bill | | 33,070.81 |
| LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 | LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 | Debtor's real property and $4 million of personal property | | 80,000,000.00<br><br>(54,000,000.00 secured) |
| MARIO'S CATERING, INC<br>8100 M-4 WYOMING BL STE 182<br>ALBUQUERQUE, NM 87105 | MARIO'S CATERING, INC<br>8100 M-4 WYOMING BL STE 182<br>ALBUQUERQUE, NM 87105 | Other Bill | | 30,139.88 |
| Mesa del Sol<br>5700 University West Blvd SE<br>Albuquerque, NM 87106 | Mesa del Sol<br>5700 University West Blvd SE<br>Albuquerque, NM 87106 | Lawsuit by developer for cost of electricity | Contingent Unliquidated Disputed | 140,000.00 |
| MILLENNIUM MAINTENANCE SYSTEMS<br>26007 HUNTINGTON LN #11<br>VALENCIA, CA 91355 | MILLENNIUM MAINTENANCE SYSTEMS<br>26007 HUNTINGTON LN #11<br>VALENCIA, CA 91355 | Other Bill | | 12,065.62 |

B4 (Official Form 4) (12/07) - Cont.

In re   Pacifica Mesa Studios, LLC                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| New Mexico Educators Fed Cred Union<br>c/o Member Business Svcs<br>PO Box 5608<br>San Bernardino, CA 92412-5608 | New Mexico Educators Fed Cred Union<br>c/o Member Business Svcs<br>PO Box 5608<br>San Bernardino, CA 92412-5608 | 2008 Ford Explorer<br>Location:  ABQ Studios | | 25,160.26<br><br>(19,000.00 secured) |
| New Mexico Educators Fed Cred Union<br>c/o Member Business Svcs<br>PO Box 5608<br>San Bernardino, CA 92412-5608 | New Mexico Educators Fed Cred Union<br>c/o Member Business Svcs<br>PO Box 5608<br>San Bernardino, CA 92412-5608 | 2009 Ford F-150 truck<br>Location: ABQ Studios | | 26,944.32<br><br>(15,000.00 secured) |
| NEW MEXICO LIGHTING & GRIP CO.<br>FILE#50846<br>LOS ANGELES, CA 90074-0846 | NEW MEXICO LIGHTING & GRIP CO.<br>FILE#50846<br>LOS ANGELES, CA 90074-0846 | Other Bill | | 380,135.94 |
| New Mexico Taxation and Revenue<br>PO Box 25128<br>Santa Fe, NM 87504-5128 | New Mexico Taxation and Revenue<br>PO Box 25128<br>Santa Fe, NM 87504-5128 | State taxes | | 11,068.29 |
| Producers Guild of America<br>8530 WILSHIRE BLVD. SUITE 450<br>Beverly Hills, CA 90211 | Producers Guild of America<br>8530 WILSHIRE BLVD. SUITE 450<br>Beverly Hills, CA 90211 | Other bill | | 10,000.00 |
| PULAKOS & ALONGI, LTD<br>8801 HORIZON BL NE STE 300<br>ALBUQUERQUE, NM 87113 | PULAKOS & ALONGI, LTD<br>8801 HORIZON BL NE STE 300<br>ALBUQUERQUE, NM 87113 | Other Bill | | 20,845.19 |
| TRAVELERS CL REMITTANCE CTR<br>HARTFORD, CT 06183-1008 | TRAVELERS CL REMITTANCE CTR<br>HARTFORD, CT 06183-1008 | Other Bill | | 30,399.50 |
| White Zuckerman Warsavsky et al.<br>14455 Ventura Bl., 3rd Fl<br>Sherman Oaks, CA 91423 | White Zuckerman Warsavsky et al.<br>14455 Ventura Bl., 3rd Fl<br>Sherman Oaks, CA 91423 | Other Bill | | 7,607.69 |
| WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 | WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>Chicago, IL 60603 | Second mortgage on debtor's real property (total amount of claim is unsecured) | Unliquidated<br>Disputed | 23,000,000.00 |
| XEROX CORPORATION<br>PO BOX 7405<br>PASADENA, CA 91109-7405 | XEROX CORPORATION<br>PO BOX 7405<br>PASADENA, CA 91109-7405 | Other Bill | | 6,339.27 |
| YEAROUT MECHANICAL, INC<br>8501 WASHINGTON NE<br>ALBUQUERQUE, NM 87113 | YEAROUT MECHANICAL, INC<br>8501 WASHINGTON NE<br>ALBUQUERQUE, NM 87113 | Other Bill | | 7,243.15 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Pacifica Mesa Studios, LLC                                             Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 20, 2010                            Signature  /s/ Hal Katersky
                                                          Hal Katersky
                                                         Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    Pacifica Mesa Studios, LLC

        Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dana Arnold<br>1358 4th Street Suite B<br>Santa Monica, CA 90401 | A | | Member, 50% |
| Hal Katersky<br>508 W Stafford Road<br>Westlake Village, CA 91361 | A | | Member - 50% |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____July 20, 2010_____

Signature _/s/ Hal Katersky_____
          Hal Katersky
          Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Agoura Hills, California                  , California.

Dated         July 20, 2010

/s/ Hal Katersky

Hal Katersky
*Debtor*


*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Pacifica Mesa Studios, LLC                       ,     Case No. _____

                          Debtor

                                                        Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 54,000,000.00 | | |
| B - Personal Property | Yes | 4 | 3,730,150.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 80,377,104.58 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 366,163.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 23,713,688.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 57,730,150.82 | | |
| Total Liabilities | | | | 104,456,956.18 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Pacifica Mesa Studios, LLC                                ,     Case No. _____

                                          Debtor                        Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     Pacifica Mesa Studios, LLC                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ABQ Studios:  Movie production complex on 28 acre campus consisting of 3 parcels located at 5650 University Blvd. SE, Albuquerque, NM  87106; APNs 101605128311440102, 710561, and 446187.  [Market value includes personal property of the Debtor which is secured by first lienholder by filing of UCC-1 financing statement.] | Title owner | - | 54,000,000.00 | 80,000,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | 54,000,000.00 | (Total of this page) |
|  | Total > | 54,000,000.00 |  |

   0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    Pacifica Mesa Studios, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty cash | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money market account #643044050 Location:  Bank of the West, 180 N. Moorpark Rd., Thousand Oaks, CA  91360 Not property of the Debtor; security deposits held for third parties. | - | 325,000.00 |
| | | Checking Account No. 643042005 Location:  Bank of the West, 180 N. Moorpark Rd., Thousand Oaks, CA  91360 | - | 30,504.87 |
| | | Escrow account of approximately $100,000 for property of the Debtor originally held in escrow for future acquisition of option parcel from master developer; subject to litigation.  Master developer now claims funds to reimburse cost for installing electrical power on the ABQ Studios property in New Mexico.  Location: Fidelity National Title Company, 8500 Menaui Blvd. NE, Suite B-150, Albuquerque, NM 87112 | - | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    355,704.87
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                      ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 433,097.95 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | 433,097.95 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Ford F-150 truck<br>Location: ABQ Studios | - | 15,000.00 |
| | | 19 Golf Carts<br>Location: ABQ Studios | - | 17,000.00 |
| | | 2008 Ford Explorer<br>Location:  ABQ Studios | - | 19,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office: Production Furnishings and fixtures<br>Location: ABQ Studios | - | 249,065.00 |
| | | Office: Office Furniture and fixtures<br>Location: ABQ Studios | - | 5,460.00 |
| | | Office: Office Equipment<br>Location: ABQ Studios | - | 2,823.00 |

Sub-Total >      308,348.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Office: Computer Software Location: ABQ Studios | - | 48,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | IT and Telecommunications Location: ABQ Studios | - | 2,410,000.00 |
| | | Machinery and Equipment - Production Location: ABQ Studios | - | 71,000.00 |
| | | Trade Tools: Machinery & Equipment Location: ABQ Studios | - | 53,000.00 |
| | | Office: Computer Hardware Location: ABQ Studios | - | 51,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 2,633,000.00 |
| (Total of this page) | |
| Total > | 3,730,150.82 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    Pacifica Mesa Studios, LLC                                                    Case No. _____
                                                        ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | June 2010 Facility deposit - "Fright Night" Money market account #643044050 Location:  Bank of the West, 180 N. Moorpark Rd., Thousand Oaks, CA  91360 Not property of the Debtor; security deposits held for third parties. | | | | | |
| Dreamworks SKG Vincent Productions, LLC 100 Universal City Plz Bldg 4136 Universal City, CA 91608 | | - | | | | | | |
| | | | Value $          325,000.00 | | | | 75,000.00 | 0.00 |
| Account No. | | | Production deposit re Scoundrels Money market account #643044050 Location:  Bank of the West, 180 N. Moorpark Rd., Thousand Oaks, CA  91360 Not property of the Debtor; security deposits held for third parties. | | | | | |
| FTP Productions Inc Touchstone / ABC Studios 500 W Buena Vista St Burbank, CA 91521 | | - | | | | | | |
| | | | Value $          325,000.00 | | | | 100,000.00 | 0.00 |
| Account No. | | | July 2006 First Mortgage Debtor's real property and $4 million of personal property | | | | | |
| LONGVIEW ULTRA I c/o Amalgamated Bank 275 Seventh Avenue, 14th floor New York, NY 10001 | X | - | | | | | | |
| | | | Value $          54,000,000.00 | | | | 80,000,000.00 | 26,000,000.00 |
| Account No. | | | Escrow account of approximately $100,000 for property of the Debtor originally held in escrow for future acquisition of option parcel from master developer; subject to litigation.  Master developer now claims funds to reimburse cost for ins | | | | | |
| Mesa del Sol 5700 University West Blvd SE Albuquerque, NM 87106 | | - | | | | | | |
| | | | Value $          Unknown | | | | 0.00 | Unknown |

  1   continuation sheets attached

Subtotal                     80,175,000.00          26,000,000.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                                ,        Case No. _____

                                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | February 2009 | | | | | |
| New Mexico Educators Fed Cred Union c/o Member Business Svcs PO Box 5608 San Bernardino, CA 92412-5608 | - | | Vehicle loan<br><br>2009 Ford F-150 truck<br>Location: ABQ Studios | | | | | |
| | | | Value $            15,000.00 | | | | 26,944.32 | 11,944.32 |
| Account No. | | | February 2009 | | | | | |
| New Mexico Educators Fed Cred Union c/o Member Business Svcs PO Box 5608 San Bernardino, CA 92412-5608 | - | | vehicle loan<br><br>2008 Ford Explorer<br>Location:  ABQ Studios | | | | | |
| | | | Value $            19,000.00 | | | | 25,160.26 | 6,160.26 |
| Account No. | | | April 2008<br>Production deposit, Breaking Bad, Seasons 2 and 3<br>Money market account #643044050 | | | | | |
| Topanga Productions Inc Sony Pictures Television 10202 W Washington Blvd Culver City, CA 90232 | - | | Location:  Bank of the West, 180 N. Moorpark Rd., Thousand Oaks, CA  91360 Not property of the Debtor; security deposits held for third parties. | | | | | |
| | | | Value $           325,000.00 | | | | 150,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 202,104.58 | 18,104.58 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 80,377,104.58 | 26,018,104.58 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

In re    Pacifica Mesa Studios, LLC                                                     ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Pacifica Mesa Studios, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bernalillo County<br>P.O. Box 269<br>Albuquerque, NM 87103 | - | | Property Tax | | | | 355,095.00 | 9,180.00 | 345,915.00 |
| Account No.<br><br>New Mexico Taxation and Revenue<br>PO Box 25128<br>Santa Fe, NM 87504-5128 | - | | State taxes | | | | 11,068.29 | 0.00 | 11,068.29 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 366,163.29 | 9,180.00<br>356,983.29 |
| Total<br>(Report on Summary of Schedules) | 366,163.29 | 9,180.00<br>356,983.29 |

B6F (Official Form 6F) (12/07)

In re        Pacifica Mesa Studios, LLC                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Professional services | | | | |
| Accounting Principals POB 1023540 Atlanta, GA 30368-3540 | | - | | | | | | | 2,535.99 |
| Account No. | | | | | Other bill | | | | |
| American Express - PMS PO BOX 650448 Dallas, TX 75265-0448 | | - | | | | | | | 1,572.09 |
| Account No. | | | | | Other bill | | | | |
| Ballantines 10387 LORENZO DR Los Angeles, CA 90064 | | - | | | | | | | 4,500.00 |
| Account No. | | | | | Other bill | | | | |
| CDW Direct LLC PO Box 75723 Chicago, IL 60675-5723 | | - | | | | | | | 946.52 |
| __7__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 9,554.60 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              S/N:37826-100528    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other bill | | | | |
| Cisco Systems Capital Corp PO BOX 41602 Philadelphia, PA 19101-1602 | - | | | | | | | 1,348.80 |
| Account No. | | | | Other Bill | | | | |
| CMR RISK & INSURANCE SVCS INC 8880 RIO SAN DIEGO DR, STE 725 SAN DIEGO, CA 92108 | - | | | | | | | 5,684.00 |
| Account No. | | | | Other bill | | | | |
| Direct TV PO BOX 60036 Los Angeles, CA 90060-0036 | - | | | | | | | 202.24 |
| Account No. | | | | Other Bill | | | | |
| FINCHAM TRAILER RENTALS 5601 WILSHIRE NE ALBUQUERQUE, NM 87113 | - | | | | | | | 645.00 |
| Account No. | | | | Other Bill | | | | |
| FOREVER GREEN 5411 GRANDE DR NW ALBUQUERQUE, NM 87107 | - | | | | | | | 155.15 |

Sheet no. __1___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,035.19

B6F (Official Form 6F) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>GIPSON HOFFMAN & PANCIONE<br>1901 Ave of the Stars, Ste 1100<br>Los Angeles, CA 90067-6002 | - | | | Other Bill | | | | 5,279.23 |
| Account No.<br><br>GO GREEN RECYCLING, LLC<br>610 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87102 | | | | Other Bill | | | | 294.25 |
| Account No.<br><br>HERITAGE-CRYSTAL CLEAN<br>13621 COLLECTIONS CTR DR<br>CHICAGO, IL 60693-0136 | | | | Other Bill | | | | 1,883.00 |
| Account No.<br><br>Hilltop Landscape<br>PO BOX 10630<br>Albuquerque, NM 87184 | - | | | Other bill | | | | 602.43 |
| Account No.<br><br>INDUSTRIAL WATER ENGRING INC<br>7309 JEFFERSON NE<br>ALBUQUERQUE, NM 87109 | - | | | Other Bill | | | | 1,031.48 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,090.39

B6F (Official Form 6F) (12/07) - Cont.

In re   Pacifica Mesa Studios, LLC                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other bill | | | | |
| Jason Potter 5650 UNIVERSITY BLVD Albuquerque, NM 87106 | - | | | | | | | 104.00 |
| Account No. | | | | Other bill | | | | |
| JLS Security PO BOX 36497 Albuquerque, NM 87176 | - | | | | | | | 33,070.81 |
| Account No. | | | | Other bill | | | | |
| Kwal Paint Department 237 Denver, CO 80291-0237 | - | | | | | | | 676.84 |
| Account No. | | | | Other Bill | | | | |
| LEXIS NEXIS PO BOX 894166 LOS ANGELES, CA 90189-4166 | - | | | | | | | 623.70 |
| Account No. | | | | Other Bill | | | | |
| MARIO'S CATERING, INC 8100 M-4 WYOMING BL STE 182 ALBUQUERQUE, NM 87105 | - | | | | | | | 30,139.88 |

Sheet no. __3__ of __7__ sheets attached to Schedule of               Subtotal                64,615.23
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Pacifica Mesa Studios, LLC                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lawsuit by developer for cost of electricity | | | | |
| Mesa del Sol 5700 University West Blvd SE Albuquerque, NM 87106 | - | | | | X | X | X | 140,000.00 |
| Account No. | | | | Other Bill | | | | |
| MILLENNIUM MAINTENANCE SYSTEMS 26007 HUNTINGTON LN #11 VALENCIA, CA 91355 | - | | | | | | | 12,065.62 |
| Account No. | | | | Corporate service | | | | |
| National Registered Agents, Inc. 100 Canal Pointe Blvd., Suite 212 Princeton, NJ 08540 | - | | | | | | | 169.00 |
| Account No. | | | | Other Bill | | | | |
| NEW MEXICO LIGHTING & GRIP CO. FILE#50846 LOS ANGELES, CA 90074-0846 | - | | | | | | | 380,135.94 |
| Account No. | | | | Other bill | | | | |
| Producers Guild of America 8530 WILSHIRE BLVD. SUITE 450 Beverly Hills, CA 90211 | - | | | | | | | 10,000.00 |

Sheet no.  4    of  7    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                      542,370.56
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Pacifica Mesa Studios, LLC _____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PULAKOS & ALONGI, LTD<br>8801 HORIZON BL NE STE 300<br>ALBUQUERQUE, NM 87113 | - | | Other Bill | | | | 20,845.19 |
| Account No.<br><br>SANDIA OFFICE SUPPLY<br>3831 SINGER BL NE<br>ALBUQUERQUE, NM 87109 | - | | Other Bill | | | | 186.17 |
| Account No.<br><br>Sandia Safe & Lock<br>4318 SILVER SE<br>Albuquerque, NM 87108-2723 | - | | Other bill | | | | 234.58 |
| Account No.<br><br>Sign Design<br>204 GROVE NE<br>Albuquerque, NM 87108 | - | | Other bill | | | | 15.94 |
| Account No.<br><br>STUDIO AIR<br>10208 SAN BERNARDINO NE<br>ALBUQUERQUE, NM 87122 | - | | Other Bill | | | | 2,544.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       23,825.88

B6F (Official Form 6F) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other bill | | | | |
| Studio Concierge PO BOX 21519 Albuquerque, NM 87154-1519 | | - | | | | | | 3,435.84 |
| Account No. | | | | Other Bill | | | | |
| TRAVELERS CL REMITTANCE CTR HARTFORD, CT 06183-1008 | | - | | | | | | 30,399.50 |
| Account No. | | | | Other Bill | | | | |
| White Zuckerman Warsavsky et al. 14455 Ventura Bl., 3rd Fl Sherman Oaks, CA 91423 | | - | | | | | | 7,607.69 |
| Account No. | | | | Other bill | | | | |
| Williams Scotsman PO BOX 91975 Chicago, IL 60693-1975 | | - | | | | | | 1,171.01 |
| Account No. | | | | Second mortgage on debtor's real property (total amount of claim is unsecured) | | | | |
| WORKERS REALTY TRUST II, LP c/o New Vista fka Commonwealth Realty 20 South Clark St, Suite 3000 Chicago, IL 60603 | X | - | | | | X | X | 23,000,000.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    23,042,614.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Pacifica Mesa Studios, LLC                                                  ,        Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Other Bill | | | | | |
| XEROX CORPORATION PO BOX 7405 PASADENA, CA 91109-7405 | - | | | | | | | 6,339.27 |
| Account No. | | | Other Bill | | | | | |
| YEAROUT MECHANICAL, INC 8501 WASHINGTON NE ALBUQUERQUE, NM 87113 | - | | | | | | | 7,243.15 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 13,582.42 |
| Total (Report on Summary of Schedules) | 23,713,688.31 |

B6G (Official Form 6G) (12/07)

.

In re    Pacifica Mesa Studios, LLC
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ReelzChannel LLC<br>c/o ABQ Studios<br>5650 University Blvd<br>Bldg D<br>Albuquerque, NM 87106 | Office and Mill Space Lease re ABQ Studios dated February 5, 2009; expires April 30, 2014 |
| XEROX CORPORATION<br>PO BOX 7405<br>PASADENA, CA 91109-7405 | Equipment lease |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   Pacifica Mesa Studios, LLC                                          ,   Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dana Arnold<br>2544 3rd Street<br>Santa Monica, CA 90405 | LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 |
| Dana Arnold<br>2544 3rd Street<br>Santa Monica, CA 90405 | WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 |
| Hal Katersky<br>508 W. Stafford Road<br>Thousand Oaks, CA 91361 | LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 |
| Hal Katersky<br>508 W. Stafford Road<br>Thousand Oaks, CA 91361 | WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 |
| Hilary Katersky<br>508 W. Stafford Rd<br>Thousand Oaks, CA 91361 | LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 |
| Hilary Katersky<br>508 W. Stafford Rd<br>Thousand Oaks, CA 91361 | WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 |
| Randee Arnold<br>2544 3rd Street<br>Santa Monica, CA 90405 | LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 |
| Randee Arnold<br>2544 3rd Street<br>Santa Monica, CA 90405 | WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 |

    0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Pacifica Mesa Studios, LLC

Case No. _____

Debtor(s)

Chapter   11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 20, 2010

Signature   /s/ Hal Katersky

Hal Katersky
Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re   Pacifica Mesa Studios, LLC                                Case No.
                                    Debtor(s)      Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $0.00 | 2010  Stage Rental |
| $1,173,592.00 | 2009  Stage Rental |
| $2,984,058.00 | 2008  Stage Rental |

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010  Facility Rental |
| $1,536,163.00 | 2009  Facility Rental |
| $2,013,523.00 | 2008  Facility Rental |
| $0.00 | 2010  Lighting & Grip |
| $1,957,811.00 | 2009  Lighting & Grip |
| $2,611,966.00 | 2008  Lighting & Grip |
| $0.00 | 2010  Telecom/DSL/Copier |
| $208,403.00 | 2009  Telecom/DSL/Copier |
| $385,312.00 | 2008  Telecom/DSL/Copier |
| $0.00 | 2010  Production Services |
| $1,013,837.00 | 2009  Production Services |
| $2,500,210.00 | 2008  Production Services |
| $0.00 | 2010  Other Income |
| $10,107.00 | 2008  Other Income |

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850\*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHMENT | | $0.00 | $0.00 |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Pacifica Mesa Studios, LLC v. Nick Smerigan, Jeremy Hariton, Jason Hariton, Roadtown Enterprises, Ltd, Number Two Inc. and Does 1-100 inclusive SC107724 | Breach of Fiduciary Duty, etc. | Los Angeles Co. Superior Court, West District | Pending |
| Digital Media Group, LLC, et al. v. Harold Katersky et al., No. D-202-CV-200900428 | Breach of contract | New Mexico Second Judicial District Court, Bernalillo County Courthouse | Pending |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ezra Brutzkus Gubner LLP 21650 Oxnard Street Suite 500 Woodland Hills, CA 91367 | 6/2/10; Ezra Brutzkus Gubner LLP | $50,000 |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ralph Montano (former controller) | |
| Curtis Neeld (current controller)<br>Albuquerque Studios<br>5650 University Blvd. SE<br>Albuquerque, NM 87106-9700 | |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| PULAKOS & ALONGI, LTD | 8801 HORIZON BL NE STE 300<br>ALBUQUERQUE, NM 87113 | |
| White Zuckerman Warsavsky et al. | 14455 Ventura Bl., 3rd Fl<br>Sherman Oaks, CA 91423 | (tax return preparation) |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Albuquerque Studios | 5650 University Blvd. SE<br>Albuquerque, NM 87106-9700 |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| WORKERS REALTY TRUST II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 | |
| LONGVIEW ULTRA I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 | |

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

8

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Hal Katersky<br>508 W Stafford Road<br>Thousand Oaks, CA 91361 | Managing Member | Class A membership, 50% |
| Dana Arnold<br>1358 4th Street Suite B<br>Santa Monica, CA 90401 | Member | Class A member, 50% |

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Dana Arnold<br>1358 4th Street Suite B<br>Santa Monica, CA 90401<br>    Member | Weekly payroll (for health insurance; reimbursed to debtor) | $33,280 |

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

**ALBUQUERQUE STUDIOS**
**Transaction Detail by Account**
April 15 through July 20, 2010

| Date | Name | | Amount |
|------|------|------|--------|
| 04/15/2010 | LONGVIEW ULTRA I | C/O AMALGAMATED BANK  275 SEVENTH AVE  NEW YORK, NY  10001 | -100,000.00 |
| 04/15/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -15,038.56 |
| 04/20/2010 | BANK OF THE WEST | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -146.47 |
| 04/21/2010 | BALLANTINES | 10387 LORENZO DR LOS ANGELES CA 90064 | -5,169.50 |
| 04/21/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 04/21/2010 | CRYSTAL SPRINGS | PO BOX 90760 ALBUQUERQUE NM 87199-0760 | -1,015.67 |
| 04/21/2010 | DELUXE BUSINESS CHECKS | PO BOX 742572 CINCINNATI OH 45274-2572 | -148.71 |
| 04/21/2010 | FINCHAM TRAILER RENTALS | 5601 WILSHIRE NE, ALBUQUERQUE, NM 87113 | -385.00 |
| 04/21/2010 | FOREVER GREEN | 5411 GRANDE DR. NW, ALBUQUERQUE, NM 87107 | -154.61 |
| 04/21/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | -3,600.00 |
| 04/21/2010 | INDUSTRIAL WATER ENGINEERING INC | 7309 JEFFERSON NE ALBUQUERQUE, NM 87109 | -1,027.87 |
| 04/21/2010 | JESSA GRAZIOPLENE | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -37.17 |
| 04/21/2010 | KWAL PAINT | DEPARTMENT 237, DENVER, CO  80291-0237 | -622.00 |
| 04/21/2010 | NAGLER & ASSOCIATES | 2300 S. SEPULVEDA BLVD LOS ANGELES CA 90064-191 | -10,488.16 |
| 04/21/2010 | NEW MEXICO EDUCATORS FEDERAL CREDIT I | PO BOX 5608, SAN BERNARDINO, CA 92412-5608 | -1,297.33 |
| 04/21/2010 | OVERHEAD DOOR CO OF ALBUQUERQUE | 3820 ACADEMY PARKWAY NORTH NE ALBUQUERQUE NM 87109 | -128.48 |
| 04/21/2010 | SANDIA SAFE & LOCK | 4318 SILVER SE, ALBUQUERQUE, NM 87108-2723 | -90.36 |
| 04/21/2010 | WASTE MANAGEMENT | PO BOX 78251 PHOENIX AZ 85062-8251 | -1,622.00 |
| 04/21/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -5,162.98 |
| 04/21/2010 | XEROX CORPORATION | PO BOX 7405, PASADENA, CA 91109-7405 | -9,393.33 |
| 04/22/2010 | FOX FLETCHER | 5650 UNIVERSITY BLVD SE ALBUQUERQUE NM 87106 | -61.29 |
| 04/22/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -13,664.42 |
| 04/23/2010 | NM TAXATION & REVENUE | PO BOX 25128, SANTA FE, CA 87504-5128 | -19,809.94 |
| 04/28/2010 | AMERICAN EXPRESS - PMS | PO BOX 650448 DALLAS TX 75265-0448 | -9,844.21 |
| 04/28/2010 | HARRISON MARCUS | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -19.78 |
| 04/28/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | -2,500.00 |
| 04/28/2010 | JLS SECURITY | PO BOX 36497 ALBUQUERQUE NM 87176 | -41,788.47 |
| 04/28/2010 | LISA HENDRICKS | 24654 CORDILLERA DR CALABASAS CA 91302 | -500.00 |
| 04/28/2010 | MARIO'S CATERING, INC | 8100 M-4 WYOMING BL STE 182, ALBUQUERQUE, NM 87105 | -9,930.36 |
| 04/28/2010 | NAGLER & ASSOCIATES | 2300 S. SEPULVEDA BLVD LOS ANGELES CA 90064-191 | -25,000.00 |
| 04/28/2010 | TW TELECOM | PO BOX 172567 DENVER CO 80217-2567 | -5,004.91 |
| 04/28/2010 | VERIZON WIRELESS | PO BOX 9622 MISSION HILLS CA 91346-9622 | -498.77 |
| 04/28/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -5,420.31 |

12:33 PM
07/14/10
Accrual Basis

Case 1:10-bk-18827-GM    Doc 1    Filed 07/20/10    Entered 07/20/10 18:01:57    Desc
Main Document    Page 44 of 63

ALBUQUERQUE STUDIOS
Transaction Detail by Account
April 15 through July 20, 2010

| 04/28/2010 | INX, INC. | PO BOX 4346 HOUSTON TX 77210-4346 | -2,775.50 |
| 04/29/2010 | JAMES LUONGO | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -18.00 |
| 04/29/2010 | MATTHEW GARY RAUCHBERG | 414 N GROWER ST LOS ANGELES CA 90004 | -949.78 |
| 04/29/2010 | YEAROUT MECHANICAL, INC | 8501 WASHINGTON NE, ALBUQUERQUE, NM 87113 | -7,483.87 |
| 04/29/2010 | EBG, LLP | 21650 OXNARD ST., STE 500, WOODLAND HILLS, CA 91367 | -10,000.00 |
| 04/29/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339-3802 | -15,203.24 |
| 05/02/2010 | PACIFICA MESA STUDIOS, LLC | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -3,642.00 |
| 05/02/2010 | ALBUQUERQUE BERNALILLO COUNTY | PO BOX 269, ALBUQUERQUE, NM 87103 | -3,312.76 |
| 05/02/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 05/02/2010 | CISCO SYSTEMS CAPITAL CRP | PO BOX 41602 PHILADELPHIA PA 19101-1602 | -1,348.80 |
| 05/02/2010 | DIRECT TV | PO BOX 60036 LOS ANGELES CA 90060-0036 | -182.66 |
| 05/02/2010 | FELISHA JARAMILLO | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -36.25 |
| 05/02/2010 | GRAINGER | DEPT. 869212803 KANSAS CITY MO 64141-6267 | -61.26 |
| 05/02/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | -2,822.50 |
| 05/02/2010 | NEW MEXICO GAS COMPANY | PO BOX 173341 DENVER CO 80217-3341 | -7,129.77 |
| 05/02/2010 | PACIFICA VENTURES | 120 BROADWAY SANTA MONICA CA 90401 | -11,620.78 |
| 05/02/2010 | T-MOBILE - 511748802 | PO BOX 660252 DALLAS TX 75266-0252 | -614.31 |
| 05/02/2010 | TLC PLUMBING & UTILITY | 5000 EDITH BLVD NE ALBUQUERQUE NM 87107 | -2,273.68 |
| 05/02/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -5,958.88 |
| 05/02/2010 | JAMES LUONGO | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -102.85 |
| 05/07/2010 | RALPH MONTANO | P.O. BOX 1131 BERNALILLO NM 87004 | -400.00 |
| 05/08/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339-3802 | -12,007.14 |
| 05/10/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339-3802 | -12,551.06 |
| 05/12/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -348.02 |
| 05/12/2010 | AMERIGAS | PO BOX 372472, PITTSBURGH, PA 15250-7473 | -1,383.01 |
| 05/12/2010 | CRYSTAL SPRINGS | PO BOX 90760 ALBUQUERQUE NM 87199-0760 | -1,360.72 |
| 05/12/2010 | DON MICKEY DESIGNS, INC. | 1530 GIRARD BLVD NE, ALBUQUERQUE, NM 87106 | -956.43 |
| 05/12/2010 | HERITAGE-CRYSTAL CLEAN | 13621 COLLECTIONS CTR DR., CHICAGO, IL 60693-0136 | -1,047.60 |
| 05/12/2010 | MILLENNIUM MAINTENANCE SYSTEMS | 26007 HUNTINGTON LANE, #11, VALENCIA, CA 91355 | -11,566.48 |
| 05/12/2010 | PITNEY BOWES | PO BOX 856390, LOUISVILLE, KY 40285-6390 | -44.73 |
| 05/12/2010 | PNM | PO BOX 17970, DENVER, CO 80217 | -34,413.88 |
| 05/12/2010 | T-MOBILE - 508247412 | PO BOX 660252 DALLAS TX 75266-0252 | -369.48 |
| 05/12/2010 | THYSSENKRUPP ELEVATOR CORP | PO BOX 933004, ATLANTA, GA  31193-3004 | -2,356.34 |
| 05/12/2010 | TRAVELERS | TRAVELERS CL REMITTANCE CTR, HARTFORD, CT 06183-1008 | -6,079.00 |
| 05/12/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -5,473.31 |
| 05/12/2010 | WILLIAMS SCOTSMAN | PO BOX 91975 CHICAGO IL 60693-1975 | -1,170.82 |

12:33 PM
07/14/10
Accrual Basis

Case 1:10-bk-18827-GM    Doc 1    Filed 07/20/10    Entered 07/20/10 18:01:57    Desc
Main Document    Page 45 of 63

ALBUQUERQUE STUDIOS
Transaction Detail by Account
April 15 through July 20, 2010

| | | | |
|---|---|---|---|
| 05/12/2010 | XEROX CORPORATION | PO BOX 7405, PASADENA, CA 91109-7405 | 0.00 |
| 05/12/2010 | XEROX CORPORATION | PO BOX 7405, PASADENA, CA 91109-7405 | -7,455.78 |
| 05/12/2010 | JESSA GRAZIOPLENE | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -55.29 |
| 05/12/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -35.00 |
| 05/12/2010 | EBG, LLP | 21650 OXNARD ST., STE 500, WOODLAND HILLS, CA 91367 | -15,000.00 |
| 05/12/2010 | DARLENE JOHNSTON | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -105.98 |
| 05/18/2010 | PACIFICA VENTURES | 120 BROADWAY SANTA MONICA CA 90401 | 0.00 |
| 05/19/2010 | 1ST CALL STUDIO EQUIPMENT | 12458 GLADSTONE AVE., SYLMAR, CA 91342 | -156.00 |
| 05/19/2010 | CED-ALBUQUERQUE | PO BOX 461667 SAN ANTONIO TX 78246 | -219.86 |
| 05/19/2010 | CMR RISK & INSURANCE SERVICES, INC | 8880 RIO SAN DIEGO DR., STE 725, SAN DIEGO, CA 92108 | -5,684.00 |
| 05/19/2010 | EPNM, INC DBA ELECTRICAL PRODUCTS CO | ZEON SIGNS ALBUQUERQUE NM 87197 | -524.10 |
| 05/19/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | -146.50 |
| 05/19/2010 | FINCHAM TRAILER RENTALS | 5601 WILSHIRE NE, ALBUQUERQUE, NM 87113 | -385.00 |
| 05/19/2010 | HILLTOP LANDSCAPE | PO BOX 10630, ALBUQUERQUE, NM 87184 | -602.43 |
| 05/19/2010 | INDUSTRIAL WATER ENGINEERING INC | 7309 JEFFERSON NE ALBUQUERQUE, NM 87109 | -1,027.87 |
| 05/19/2010 | JASON POTTER | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -102.00 |
| 05/19/2010 | LEVERICK AND MUSSELMAN, PC | 5120 SAN FRANCISCO RD. NE, ALBUQUERQUE, NM 87109 | -2,159.74 |
| 05/19/2010 | MALOY MOBILE STORAGE | 535 COMANCHE RD., NE, ALBUQUERQUE, NM 87107 | -319.88 |
| 05/19/2010 | MARIO'S CATERING, INC | 8100 M-4 WYOMING BL STE 182, ALBUQUERQUE, NM 87105 | -5,278.86 |
| 05/19/2010 | MILLENNIUM SUPPLY COMPANY | 25379 WAYNE MILLS PL., STE 211, VALENCIA, CA 91355 | -2,551.14 |
| 05/19/2010 | NEW MEXICO EDUCATORS FEDERAL CREDIT I | PO BOX 5608, SAN BERNARDINO, CA 92412-5608 | -1,297.33 |
| 05/19/2010 | PITNEY BOWES | PO BOX 856390, LOUISVILLE, KY 40285-6390 | -49.00 |
| 05/19/2010 | SANDIA OFFICE SUPPLY | 3831 SINGER BL. NE, ALBUQUERQUE, NM 87109 | -324.83 |
| 05/19/2010 | SANDIA SAFE & LOCK | 4318 SILVER SE, ALBUQUERQUE, NM 87108-2723 | -222.08 |
| 05/19/2010 | STUDIO AIR | 10208 SAN BERNARDINO NE ALBUQUERQUE NM 87122 | -9,256.80 |
| 05/19/2010 | STUDIO CONCIERGE | PO BOX 21519 ALBQUQUERQUE NM 87154-1519 | -840.92 |
| 05/19/2010 | TLC PLUMBING & UTILITY | 5000 EDITH BLVD NE ALBUQUERQUE NM 87107 | -122.09 |
| 05/19/2010 | WASTE MANAGEMENT | PO BOX 78251 PHOENIX AZ 85062-8251 | -1,622.00 |
| 05/19/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -5,279.42 |
| 05/19/2010 | WHITE ZUCKERMAN WARSAVSKY LUNA WOLF | 14455 VENTURA BL., 3RD FL, SHERMAN OAKS, CA 91423 | -1,031.25 |
| 05/19/2010 | YEAROUT MECHANICAL, INC | 8501 WASHINGTON NE, ALBUQUERQUE, NM 87113 | -1,479.26 |
| 05/21/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA 90074-0846 | -13,526.48 |
| 05/21/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339-3802 | -12,448.92 |
| 05/21/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA 30368-3540 | 0.00 |
| 05/21/2010 | ALBUQUERQUE BERNALILLO COUNTY | PO BOX 269, ALBUQUERQUE, NM 87103 | 0.00 |
| 05/21/2010 | AMERICAN EXPRESS - PMS | PO BOX 650448 DALLAS TX 75265-0448 | 0.00 |
| 05/21/2010 | BALLANTINES | 10387 LORENZO DR LOS ANGELES CA 90064 | 0.00 |

12:33 PM
07/14/10
Accrual Basis

Case 1:10-bk-18827-GM    Doc 1    Filed 07/20/10    Entered 07/20/10 18:01:57    Desc
Main Document    Page 46 of 63

ALBUQUERQUE STUDIOS
Transaction Detail by Account
April 15 through July 20, 2010

| Date | Name | Address | Amount |
|---|---|---|---|
| 05/21/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | 0.00 |
| 05/21/2010 | CDW DIRECT, LLC | PO BOX 75723, CHICAGO, IL60675-5723 | 0.00 |
| 05/21/2010 | CISCO SYSTEMS CAPITAL CRP | PO BOX 41602 PHILADELPHIA PA 19101-1602 | 0.00 |
| 05/21/2010 | CITY OF ALBUQUERQUE | PO BOX 17 ALBUQUERQUE NM 87103 | 0.00 |
| 05/21/2010 | DIRECT TV | PO BOX 60036 LOS ANGELES CA 90060-0036 | 0.00 |
| 05/21/2010 | DON MICKEY DESIGNS, INC. | 1530 GIRARD BLVD NE, ALBUQUERQUE, NM 87106 | 0.00 |
| 05/21/2010 | ENTERPRISE ELECTRICAL SERVICES | PO BOX 53248 ALBUQUERQUE NM 87153 | 0.00 |
| 05/21/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | 0.00 |
| 05/21/2010 | FOREVER GREEN | 5411 GRANDE DR. NW, ALBUQUERQUE, NM 87107 | 0.00 |
| 05/21/2010 | GO GREEN RECYCLING, LLC | 610 CENTRAL AVE SW, ALBUQUERQUE, NM 87102 | 0.00 |
| 05/21/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | 0.00 |
| 05/21/2010 | HILLTOP LANDSCAPE | PO BOX 10630, ALBUQUERQUE, NM 87184 | 0.00 |
| 05/21/2010 | INDUSTRIAL WATER ENGINEERING INC | 7309 JEFFERSON NE ALBUQUERQUE, NM 87109 | 0.00 |
| 05/21/2010 | JLS SECURITY | PO BOX 36497 ALBUQUERQUE NM 87176 | 0.00 |
| 05/21/2010 | LEVERICK AND MUSSELMAN, PC | 5120 SAN FRANCISCO RD. NE, ALBUQUERQUE, NM 87109 | 0.00 |
| 05/21/2010 | MALOY MOBILE STORAGE | 535 COMANCHE RD., NE, ALBUQUERQUE, NM 87107 | 0.00 |
| 05/21/2010 | MESA del SOL, LLC | 5700 UNIVERSITY WEST BLVD SE, ALBUQUERQUE, NM 87106 | 0.00 |
| 05/21/2010 | NM TAXATION & REVENUE | PO BOX 25128, SANTA FE, NM  87504-5128 | 0.00 |
| 05/21/2010 | NORTH SHORE AGENCY, INC | PO BOX 9205 OLD BETHPAGE NY 11804-9005 | 0.00 |
| 05/21/2010 | SANDIA OFFICE SUPPLY | 3831 SINGER BL. NE, ALBUQUERQUE, NM 87109 | 0.00 |
| 05/21/2010 | SOUND & SIGNAL SYSTEMS OF NM, INC | 3233 STANFORD DR NE ALBUQUERQUE NM 87107 | 0.00 |
| 05/21/2010 | THYSSENKRUPP ELEVATOR CORP | PO BOX 933004, ATLANTA, GA  31193-3004 | 0.00 |
| 05/21/2010 | TLC PLUMBING & UTILITY | 5000 EDITH BLVD NE ALBUQUERQUE NM 87107 | 0.00 |
| 05/21/2010 | TW TELECOM | PO BOX 172567 DENVER CO 80217-2567 | 0.00 |
| 05/21/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | 0.00 |
| 05/21/2010 | WILLIAMS SCOTSMAN | PO BOX 91975 CHICAGO IL 60693-1975 | 0.00 |
| 05/21/2010 | RALPH MONTANO | P.O. BOX 1131 BERNALILLO NM 87004 | 0.00 |
| 05/25/2010 | NM TAXATION & REVENUE | PO BOX 25128, SANTA FE, NM  87504-5128 | -15,538.60 |
| 05/26/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -1,910.72 |
| 05/26/2010 | ALBUQUERQUE BERNALILLO COUNTY | PO BOX 269, ALBUQUERQUE, NM 87103 | -2,790.97 |
| 05/26/2010 | AMERICAN EXPRESS - PMS | PO BOX 650448 DALLAS TX 75265-0448 | -8,125.16 |
| 05/26/2010 | BALLANTINES | 10387 LORENZO DR LOS ANGELES CA 90064 | -4,500.00 |
| 05/26/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 05/26/2010 | CDW DIRECT, LLC | PO BOX 75723, CHICAGO, IL60675-5723 | -283.98 |
| 05/26/2010 | CISCO SYSTEMS CAPITAL CRP | PO BOX 41602 PHILADELPHIA PA 19101-1602 | -1,416.24 |
| 05/26/2010 | CITY OF ALBUQUERQUE | PO BOX 17 ALBUQUERQUE NM 87103 | -160.00 |

Case 1:10-bk-18827-GM    Doc 1   Filed 07/20/10   Entered 07/20/10 18:01:57    Desc
Main Document      Page 47 of 63

**ALBUQUERQUE STUDIOS**

**Transaction Detail by Account**

April 15 through July 20, 2010

| | | | |
|---|---|---|---|
| 05/26/2010 | DIRECT TV | PO BOX 60036 LOS ANGELES CA 90060-0036 | -182.66 |
| 05/26/2010 | DON MICKEY DESIGNS, INC. | 1530 GIRARD BLVD NE, ALBUQUERQUE, NM 87106 | -471.82 |
| 05/26/2010 | ENTERPRISE ELECTRICAL SERVICES | PO BOX 53248 ALBUQUERQUE NM 87153 | -5,358.60 |
| 05/26/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | -189.43 |
| 05/26/2010 | FOREVER GREEN | 5411 GRANDE DR. NW, ALBUQUERQUE, NM 87107 | -266.56 |
| 05/26/2010 | GO GREEN RECYCLING, LLC | 610 CENTRAL AVE SW, ALBUQUERQUE, NM 87102 | -293.22 |
| 05/26/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | -2,500.00 |
| 05/26/2010 | HILLTOP LANDSCAPE | PO BOX 10630, ALBUQUERQUE, NM 87184 | -602.43 |
| 05/26/2010 | INDUSTRIAL WATER ENGINEERING INC | 7309 JEFFERSON NE ALBUQUERQUE, NM 87109 | -1,027.87 |
| 05/26/2010 | JLS ELECTRIC | PO BOX 36497 ALBUQUERQUE NM 87176 | -32,942.86 |
| 05/26/2010 | LEVERICK AND MUSSELMAN, PC | 5120 SAN FRANCISCO RD. NE, ALBUQUERQUE, NM 87109 | -889.53 |
| 05/26/2010 | MALOY MOBILE STORAGE | 535 COMANCHE RD., NE, ALBUQUERQUE, NM 87107 | -319.88 |
| 05/26/2010 | MESA del SOL, LLC | 5700 UNIVERSITY WEST BLVD SE, ALBUQUERQUE, NM 87106 | -1,500.00 |
| 05/26/2010 | NM TAXATION & REVENUE | PO BOX 25128, SANTA FE, NM  87504-5128 | -46.92 |
| 05/26/2010 | NORTH SHORE AGENCY, INC | PO BOX 9205 OLD BETHPAGE NY 11804-9005 | -116.07 |
| 05/26/2010 | RALPH MONTANO | P.O. BOX 1131 BERNALILLO NM 87004 | -560.00 |
| 05/26/2010 | SANDIA OFFICE SUPPLY | 3831 SINGER BL. NE, ALBUQUERQUE, NM 87109 | -239.87 |
| 05/26/2010 | SOUND & SIGNAL SYSTEMS OF NM, INC | 3233 STANFORD DR NE ALBUQUERQUE NM 87107 | -2,174.09 |
| 05/26/2010 | THYSSENKRUPP ELEVATOR CORP | PO BOX 933004, ATLANTA, GA  31193-3004 | -2,356.34 |
| 05/26/2010 | TLC PLUMBING & UTILITY | 5000 EDITH BLVD NE ALBUQUERQUE NM 87107 | -436.17 |
| 05/26/2010 | TW TELECOM | PO BOX 172567 DENVER CO 80217-2567 | -4,990.89 |
| 05/26/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,691.05 |
| 05/26/2010 | WILLIAMS SCOTSMAN | PO BOX 91975 CHICAGO IL 60693-1975 | -1,170.82 |
| 05/26/2010 | BANK OF THE WEST | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -121.75 |
| 05/27/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -12,198.96 |
| 06/01/2010 | 1ST CALL STUDIO EQUIPMENT | 12458 GLADSTONE AVE., SYLMAR, CA 91342 | -406.89 |
| 06/01/2010 | HERITAGE-CRYSTAL CLEAN | 13621 COLLECTIONS CTR DR., CHICAGO, IL 60693-0136 | -1,039.59 |
| 06/01/2010 | LEXISNEXIS | PO BOX 894166, LOS ANGELES, CA  90189-4166 | -207.90 |
| 06/01/2010 | NEW MEXICO GAS COMPANY | PO BOX 173341 DENVER CO 80217-3341 | -3,742.83 |
| 06/01/2010 | SANDIA OFFICE SUPPLY | 3831 SINGER BL. NE, ALBUQUERQUE, NM 87109 | -64.48 |
| 06/01/2010 | SIGN DESIGN | 204 GROVE NE ALBUQUERQUE NM 87108 | -15.94 |
| 06/01/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,595.82 |
| 06/01/2010 | WHITE ZUCKERMAN WARSAVSKY LUNA WOLF | 14455 VENTURA BL., 3RD FL, SHERMAN OAKS, CA 91423 | -2,143.75 |
| 06/02/2010 | EBG, LLP | 21650 OXNARD ST., STE 500, WOODLAND HILLS, CA 91367 | 280,000.00 *$20,000 returned 7-19-10 |
| 06/02/2010 | BANK OF THE WEST | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -58,000.00 |
| 06/03/2010 | PACIFICA MESA STUDIOS, LLC | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -2,500.00 |

Case 1:10-bk-18827-GM    Doc 1    Filed 07/20/10    Entered 07/20/10 18:01:57    Desc
Main Document    Page 48 of 63

ALBUQUERQUE STUDIOS
Transaction Detail by Account
April 15 through July 20, 2010

| | | | |
|---|---|---|---:|
| 06/03/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339-3802 | -12,308.72 |
| 06/04/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 06/07/2010 | PACIFICA VENTURES | 120 BROADWAY SANTA MONICA CA 90401 | 0.00 |
| 06/07/2010 | PACIFICA VENTURES | 120 BROADWAY SANTA MONICA CA 90401 | -12,653.82 |
| 06/08/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA 30368-3540 | -2,976.97 |
| 06/08/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 06/08/2010 | CMR RISK & INSURANCE SERVICES, INC | 8880 RIO SAN DIEGO DR., STE 725, SAN DIEGO, CA 92108 | -5,684.00 |
| 06/08/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | -63.46 |
| 06/08/2010 | FINCHAM TRAILER RENTALS | 5601 WILSHIRE NE, ALBUQUERQUE, NM 87113 | -385.00 |
| 06/08/2010 | FOREVER GREEN | 5411 GRANDE DR. NW, ALBUQUERQUE, NM 87107 | -154.61 |
| 06/08/2010 | GO GREEN RECYCLING, LLC | 610 CENTRAL AVE SW, ALBUQUERQUE, NM 87102 | -293.22 |
| 06/08/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA 91302 | 0.00 |
| 06/08/2010 | HILLTOP LANDSCAPE | PO BOX 10630, ALBUQUERQUE, NM 87184 | -602.43 |
| 06/08/2010 | INDUSTRIAL WATER ENGINEERING INC | 7309 JEFFERSON NE ALBUQUERQUE, NM 87109 | -1,027.87 |
| 06/08/2010 | INTEGRATED CONTROLS USA, INC | F.K.A. ALBUQUERQUE SAFE CO. ALBUQUERQUE NM 87113-1557 | -191.77 |
| 06/08/2010 | JAMES LUONGO | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | 0.00 |
| 06/08/2010 | MALOY MOBILE STORAGE | 535 COMANCHE RD., NE, ALBUQUERQUE, NM 87107 | -319.88 |
| 06/08/2010 | MARIO'S CATERING, INC | 8100 M-4 WYOMING BL STE 182, ALBUQUERQUE, NM 87105 | -5,755.20 |
| 06/08/2010 | MILLENNIUM MAINTENANCE SYSTEMS | 26007 HUNTINGTON LANE, #11, VALENCIA, CA 91355 | -23,132.96 |
| 06/08/2010 | MILLENNIUM SUPPLY COMPANY | 25379 WAYNE MILLS PL., STE 211, VALENCIA, CA 91355 | -2,397.67 |
| 06/08/2010 | PITNEY BOWES | PO BOX 856390, LOUISVILLE, KY 40285-6390 | -44.73 |
| 06/08/2010 | PNM | PO BOX 17970, DENVER, CO 80217 | -35,198.62 |
| 06/08/2010 | STUDIO AIR | 10208 SAN BERNARDINO NE ALBUQUERQUE NM 87122 | -11,600.00 |
| 06/08/2010 | VIDEO INSIGHT, INC | 3 RIVERWAY HOUSTON TX 77056 | -250.00 |
| 06/08/2010 | WASTE MANAGEMENT | PO BOX 78251 PHOENIX AZ 85062-8251 | -1,685.03 |
| 06/08/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,918.06 |
| 06/08/2010 | WILLIAMS SCOTSMAN | PO BOX 91975 CHICAGO IL 60693-1975 | -1,170.82 |
| 06/08/2010 | XEROX CORPORATION | PO BOX 7405, PASADENA, CA 91109-7405 | -7,651.00 |
| 06/08/2010 | YEAROUT MECHANICAL, INC | 8501 WASHINGTON NE, ALBUQUERQUE, NM 87113 | -3,480.53 |
| 06/08/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA 91302 | -2,578.19 |
| 06/09/2010 | RALPH MONTANO | P.O. BOX 1131 BERNALILLO NM 87004 | -240.00 |
| 06/09/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA 90074-0846 | -11,248.96 |
| 06/09/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA 90074-0846 | -21,104.46 |
| 06/09/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA 90074-0846 | -59,984.40 |
| 06/10/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339-3802 | -12,483.06 |
| 06/14/2010 | MODRALL, SPERLING, ROEHL, HARRIS | PO BOX 2168 ALBUQUERQUE NM 87103-2168 | -20,000.00 |

# ALBUQUERQUE STUDIOS
## Transaction Detail by Account
### April 15 through July 20, 2010

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/16/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -3,952.80 |
| 06/16/2010 | CISCO SYSTEMS CAPITAL CRP | PO BOX 41602 PHILADELPHIA PA 19101-1602 | -1,348.80 |
| 06/16/2010 | CRYSTAL SPRINGS | PO BOX 90760 ALBUQUERQUE NM 87199-0760 | -1,025.70 |
| 06/16/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | -16.11 |
| 06/16/2010 | GIPSON HOFFMAN & PANCIONE | 1901 AVE OF THE STARS, STE 1100, LOS ANGELES, CA 90067-6002 | -425.00 |
| 06/16/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | -2,500.00 |
| 06/16/2010 | HOME DEPOT | DEPT 32-2504808399 THE LAKES NV 88901-6031 | -154.29 |
| 06/16/2010 | MILLENNIUM MAINTENANCE SYSTEMS | 26007 HUNTINGTON LANE, #11, VALENCIA, CA 91355 | -9,281.29 |
| 06/16/2010 | NEW MEXICO EDUCATORS FEDERAL CREDIT I | PO BOX 5608, SAN BERNARDINO, CA 92412-5608 | -1,297.33 |
| 06/16/2010 | SIGN DESIGN | 204 GROVE NE ALBUQUERQUE NM 87108 | -15.94 |
| 06/16/2010 | SOUND MARKETING INC | 10317 QUARAI AVE NE ALBUQUERQUE NM 87111 | -261.22 |
| 06/16/2010 | TRAVELERS | TRAVELERS CL REMITTANCE CTR, HARTFORD, CT 06183-1008 | -6,080.80 |
| 06/16/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,736.12 |
| 06/16/2010 | BERNALILLO COUNTY TREASURER | PO BOX 269, ALBUQUERQUE, NM 87103 | -11,357.44 |
| 06/16/2010 | LEVERICK AND MUSSELMAN, PC | 5120 SAN FRANCISCO RD. NE, ALBUQUERQUE, NM 87109 | -2,350.01 |
| 06/17/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -13,580.66 |
| 06/21/2010 | BANK OF THE WEST | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -126.97 |
| 06/22/2010 | NM TAXATION & REVENUE | PO BOX 25128, SANTA FE, NM  87504-5128 | -15,096.60 |
| 06/22/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -2,772.38 |
| 06/22/2010 | AMERICAN EXPRESS - PMS | PO BOX 650448 DALLAS TX 75265-0448 | -10,206.55 |
| 06/22/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 06/22/2010 | DIRECT TV | PO BOX 60036 LOS ANGELES CA 90060-0036 | -182.66 |
| 06/22/2010 | GIPSON HOFFMAN & PANCIONE | 1901 AVE OF THE STARS, STE 1100, LOS ANGELES, CA 90067-6002 | -2,594.06 |
| 06/22/2010 | HENDRICKS CONSULTING SERVICES | 24654 CORDILLERA DR., CALABASAS, CA  91302 | -2,500.00 |
| 06/22/2010 | JASON POTTER | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -105.50 |
| 06/22/2010 | JLS SECURITY | PO BOX 36497 ALBUQUERQUE NM 87176 | -34,213.83 |
| 06/22/2010 | KWAL PAINT | DEPARTMENT 237, DENVER, CO  80291-0237 | -186.60 |
| 06/22/2010 | MARIO'S CATERING, INC | 8100 M-4 WYOMING BL STE 182, ALBUQUERQUE, NM 87105 | -4,556.80 |
| 06/22/2010 | MILLENNIUM SUPPLY COMPANY | 25379 WAYNE MILLS PL., STE 211, VALENCIA, CA 91355 | -2,520.74 |
| 06/22/2010 | PITNEY BOWES | PO BOX 856390, LOUISVILLE, KY 40285-6390 | -130.12 |
| 06/22/2010 | STUDIO AIR | 10208 SAN BERNARDINO NE ALBUQUERQUE NM 87122 | -2,544.00 |
| 06/22/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,794.26 |
| 06/22/2010 | WHITE ZUCKERMAN WARSAVSKY LUNA WOLF | 14455 VENTURA BL., 3RD FL, SHERMAN OAKS, CA 91423 | -3,275.00 |
| 06/24/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -13,688.99 |

12:33 PM
07/14/10
Accrual Basis

Case 1:10-bk-18827-GM   Doc 1   Filed 07/20/10   Entered 07/20/10 18:01:57   Desc
Main Document   Page 50 of 63
ALBUQUERQUE STUDIOS
Transaction Detail by Account
April 15 through July 20, 2010

| | | | |
|---|---|---|---|
| 06/30/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -1,497.02 |
| 06/30/2010 | ALBUQUERQUE BERNALILLO COUNTY | PO BOX 269, ALBUQUERQUE, NM 87103 | -3,089.85 |
| 06/30/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 06/30/2010 | CDW DIRECT, LLC | PO BOX 75723, CHICAGO, IL60675-5723 | -136.05 |
| 06/30/2010 | CUMMINS ROCKY MOUNTAIN | 1921 BROADWAY NE ALBUQUERQUE NM 87102-9700 | -578.57 |
| 06/30/2010 | GIPSON HOFFMAN & PANCIONE | 1901 AVE OF THE STARS, STE 1100, LOS ANGELES, CA 90067-6002 | -1,232.50 |
| 06/30/2010 | HERITAGE-CRYSTAL CLEAN | 13621 COLLECTIONS CTR DR., CHICAGO, IL 60693-0136 | -719.72 |
| 06/30/2010 | HILLTOP LANDSCAPE | PO BOX 10630, ALBUQUERQUE, NM 87184 | -602.43 |
| 06/30/2010 | KWAL PAINT | DEPARTMENT 237, DENVER, CO  80291-0237 | -132.44 |
| 06/30/2010 | MALOY MOBILE STORAGE | 535 COMANCHE RD., NE, ALBUQUERQUE, NM 87107 | -319.88 |
| 06/30/2010 | MARIO'S CATERING, INC | 8100 M-4 WYOMING BL STE 182, ALBUQUERQUE, NM 87105 | -3,678.02 |
| 06/30/2010 | NEW MEXICO GAS COMPANY | PO BOX 173341 DENVER CO 80217-3341 | -1,777.08 |
| 06/30/2010 | SANDIA OFFICE SUPPLY | 3831 SINGER BL. NE, ALBUQUERQUE, NM 87109 | -172.34 |
| 06/30/2010 | SPRINT | PO BOX 4181 CAROL STREAM IL 60197-4181 | -884.21 |
| 06/30/2010 | STUDIO CONCIERGE | PO BOX 21519 ALBQUQUERQUE NM 87154-1519 | -2,590.69 |
| 06/30/2010 | TLC PLUMBING & UTILITY | 5000 EDITH BLVD NE ALBUQUERQUE NM 87107 | -1,492.75 |
| 06/30/2010 | TW TELECOM | PO BOX 172567 DENVER CO 80217-2567 | -4,990.84 |
| 06/30/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,767.51 |
| 06/30/2010 | YEAROUT MECHANICAL, INC | 8501 WASHINGTON NE, ALBUQUERQUE, NM  87113 | -2,485.10 |
| 06/30/2010 | JAMES LUONGO | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -75.00 |
| 06/30/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA  90074-0846 | -3,205.38 |
| 06/30/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA  90074-0846 | -16,526.47 |
| 06/30/2010 | NEW MEXICO LIGHTING & GRIP CO. | FILE #50846, LOS ANGELES, CA  90074-0846 | -27,838.99 |
| 07/01/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -13,392.96 |
| 07/07/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -1,501.28 |
| 07/07/2010 | AIRE FILTER PRODUCTS NEW MEXICO | PO BOX 33323 PHOENIX AZ 85067 | -36.85 |
| 07/07/2010 | APSCO, INC. ALBUQUERQUE | 10950 CENTRAL AVE SE ALBUQUERQUE NM 87123 | -383.74 |
| 07/07/2010 | BALLANTINES | 10387 LORENZO DR LOS ANGELES CA 90064 | -715.00 |
| 07/07/2010 | CDW DIRECT, LLC | PO BOX 75723, CHICAGO, IL60675-5723 | -1,316.93 |
| 07/07/2010 | CMR RISK & INSURANCE SERVICES, INC | 8880 RIO SAN DIEGO DR., STE 725, SAN DIEGO, CA 92108 | -5,684.00 |
| 07/07/2010 | DON MICKEY DESIGNS, INC. | 1530 GIRARD BLVD NE, ALBUQUERQUE, NM 87106 | -67.71 |
| 07/07/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | -44.84 |
| 07/07/2010 | HARRISON MARCUS | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -19.04 |
| 07/07/2010 | KWAL PAINT | DEPARTMENT 237, DENVER, CO  80291-0237 | -933.00 |
| 07/07/2010 | MARIO'S CATERING, INC | 8100 M-4 WYOMING BL STE 182, ALBUQUERQUE, NM 87105 | -3,678.02 |
| 07/07/2010 | NAGLER & ASSOCIATES | 2300 S. SEPULVEDA BLVD LOS ANGELES CA 90064-191 | -10,000.00 |

ALBUQUERQUE STUDIOS
Transaction Detail by Account
April 15 through July 20, 2010

| | | | |
|---|---|---|---|
| 07/07/2010 | PACIFICA VENTURES | 120 BROADWAY SANTA MONICA CA 90401 | -9,531.33 |
| 07/07/2010 | PNM | PO BOX 17970, DENVER, CO 80217 | -38,915.87 |
| 07/07/2010 | RAKS BUILDING SUPPLY | 1530 12TH STREET NW ALBUQUERQUE NM 87104 | -60.28 |
| 07/07/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,719.36 |
| 07/07/2010 | YEAROUT MECHANICAL, INC | 8501 WASHINGTON NE, ALBUQUERQUE, NM 87113 | -1,340.57 |
| 07/08/2010 | ADMINISTAFF | 19001 CRESCENT SPRINGS DR  KINGWOOD TX  77339-3802 | -13,261.30 |
| 07/13/2010 | 1ST CALL STUDIO EQUIPMENT | 12458 GLADSTONE AVE., SYLMAR, CA 91342 | -197.52 |
| 07/13/2010 | ACCOUNTING PRINCIPALS | PO BOX 1023540, ATLANTA, GA  30368-3540 | -1,165.20 |
| 07/13/2010 | BALLANTINES | 10387 LORENZO DR LOS ANGELES CA 90064 | -4,500.00 |
| 07/13/2010 | CRYSTAL SPRINGS | PO BOX 90760 ALBUQUERQUE NM 87199-0760 | -1,119.71 |
| 07/13/2010 | DARLENE JOHNSTON | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -48.97 |
| 07/13/2010 | FEDEX | PO BOX 94515 PALATINE IL 60094-4515 | -41.39 |
| 07/13/2010 | GIPSON HOFFMAN & PANCIONE | 1901 AVE OF THE STARS, STE 1100, LOS ANGELES, CA 90067-6002 | -722.50 |
| 07/13/2010 | GREATER ALBUQUERQUE CHAMBER OF COM | PO BOX 25100, ALBUQUERQUE, NM 87125 | -485.00 |
| 07/13/2010 | KWAL PAINT | DEPARTMENT 237, DENVER, CO  80291-0237 | -186.60 |
| 07/13/2010 | LADYBUG PEST CONTROL | 3044 CASA DEL NORTE N.E. ALBUQUERQUE NM 87111 | -96.30 |
| 07/13/2010 | NAGLER & ASSOCIATES | 2300 S. SEPULVEDA BLVD LOS ANGELES CA 90064-191 | -21,097.78 |
| 07/13/2010 | PASSION PLAY PRODUCTIONS LLC | 11103 SKY COUNTRY DR., MIRA LOMA, CA 91752-2140 | -25,000.00 |
| 07/13/2010 | PRODUCERS GUILD OF  AMERICA | 8530 WILSHIRE BLVD., STE 450, BEVERLY HILLS, CA 90211 | -2,500.00 |
| 07/13/2010 | WASTE MANAGEMENT | PO BOX 78251 PHOENIX AZ 85062-8251 | -2,472.89 |
| 07/13/2010 | WAYNE RAUSCHENBERGER | 3807 SAN FELIPE AVE., NEWBURY PK, CA 91320 | -4,995.36 |
| 07/13/2010 | YEAROUT MECHANICAL, INC | 8501 WASHINGTON NE, ALBUQUERQUE, NM  87113 | -3,454.74 |
| 07/14/2010 | BLACK SWAN AND ASSOCIATES, INC | 494 VINEYARD DR WOOD RANCH CA 93065 | -2,500.00 |
| 07/14/2010 | JAMES LUONGO | 5650 UNIVERSITY BLVD ALBUQUERQUE NM 87106 | -85.00 |
| | | | -1,141,063.93 |

| | | | |
|---|---|---|---|
| 04/21/2010 | AMERICAN SCREEN AND WINDOW COVERING | 1903 CENTRAL AVE SOUTH EL MONTE CA 91733 | -1,592.00 |
| 05/07/2010 | BELAVISION | PO BOX 252202 LOS ANGELES CA 90025 | -2,500.00 |
| | | | -4,092.00 |

| | | | |
|---|---|---|---|
| 04/20/2010 | BANK OF THE WEST - MM | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -60,000.00 |
| 06/02/2010 | BANK OF THE WEST - MM | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -222,000.00 |
| 06/02/2010 | BANK OF THE WEST - MM | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -30.00 |

**12:33 PM**
**07/14/10**
**Accrual Basis**

ALBUQUERQUE STUDIOS
**Transaction Detail by Account**
April 15 through July 20, 2010

| 06/30/2010 | BANK OF THE WEST - MM | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -20.00 |
| | | | -282,050.00 |

| 06/02/2010 | BANK OF THE WEST - CD | 180 N MOORPARK RD  THOUSAND OAKS CA  91360 | -103,591.04 |
| | | | -103,591.04 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    July 20, 2010               Signature    /s/ Hal Katersky

                                                     Hal Katersky

                                                     Managing Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        Steven T. Gubner

Address     21650 Oxnard Street Suite 500 Woodland Hills, CA 91367

Telephone   (818) 827-9000 Fax: (818) 827-9099

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>Pacifica Mesa Studios, LLC<br>DBA Albuquerque Studios; DBA ABQ Studios | Case No.: |
| | Chapter:     11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _8_ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   July 20, 2010                          /s/ Hal Katersky
                                               Hal Katersky/Managing Member
                                               Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Pacifica Mesa Studios, LLC
5236 Colodny Drive, Suite 101
Agoura Hills, CA 91301


Steven T  Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367


U S  Trustee   San Fernando Valley Div
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

```
Accounting Principals
POB 1023540
Atlanta, GA 30368-3540


American Express   PMS
PO BOX 650448
Dallas, TX 75265-0448


Ballantines
10387 LORENZO DR
Los Angeles, CA 90064


Bernalillo County
P O  Box 269
Albuquerque, NM 87103


CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723


Cisco Systems Capital Corp
PO BOX 41602
Philadelphia, PA 19101-1602


CMR RISK   INSURANCE SVCS INC
8880 RIO SAN DIEGO DR, STE 725
SAN DIEGO, CA 92108


Dana Arnold
2544 3rd Street
Santa Monica, CA 90405
```

David A  Jones, General Counsel
Hubbard Media Group
3415 University Avenue
Saint Paul, MN 55114


Direct TV
PO BOX 60036
Los Angeles, CA 90060-0036


Dreamworks SKG
Vincent Productions, LLC
100 Universal City Plz Bldg 4136
Universal City, CA 91608


FINCHAM TRAILER RENTALS
5601 WILSHIRE NE
ALBUQUERQUE, NM 87113


FOREVER GREEN
5411 GRANDE DR NW
ALBUQUERQUE, NM 87107


FTP Productions Inc
Touchstone / ABC Studios
500 W Buena Vista St
Burbank, CA 91521


GIPSON HOFFMAN   PANCIONE
1901 Ave of the Stars, Ste 1100
Los Angeles, CA 90067-6002


GO GREEN RECYCLING, LLC
610 CENTRAL AVE SW
ALBUQUERQUE, NM 87102

Hal Katersky
508 W Stafford Road
Thousand Oaks, CA 91361


HERITAGE CRYSTAL CLEAN
13621 COLLECTIONS CTR DR
CHICAGO, IL 60693-0136


Hilary Katersky
508 W Stafford Rd
Thousand Oaks, CA 91361


Hilltop Landscape
PO BOX 10630
Albuquerque, NM 87184


INDUSTRIAL WATER ENGRING INC
7309 JEFFERSON NE
ALBUQUERQUE, NM 87109


Jason Potter
5650 UNIVERSITY BLVD
Albuquerque, NM 87106


JLS Security
PO BOX 36497
Albuquerque, NM 87176


Kwal Paint
Department 237
Denver, CO 80291-0237

LEXIS NEXIS
PO BOX 894166
LOS ANGELES, CA 90189-4166


LONGVIEW ULTRA I
c/o Amalgamated Bank
275 Seventh Avenue, 14th floor
New York, NY 10001


MARIO'S CATERING, INC
8100 M 4 WYOMING BL STE 182
ALBUQUERQUE, NM 87105


Mesa del Sol
5700 University West Blvd SE
Albuquerque, NM 87106


MILLENNIUM MAINTENANCE SYSTEMS
26007 HUNTINGTON LN #11
VALENCIA, CA 91355


National Registered Agents, Inc
100 Canal Pointe Blvd , Suite 212
Princeton, NJ 08540


New Mexico Educators Fed Cred Union
c/o Member Business Svcs
PO Box 5608
San Bernardino, CA 92412-5608


NEW MEXICO LIGHTING   GRIP CO
FILE#50846
LOS ANGELES, CA 90074-0846

New Mexico Taxation and Revenue
PO Box 25128
Santa Fe, NM 87504-5128


Producers Guild of America
8530 WILSHIRE BLVD  SUITE 450
Beverly Hills, CA 90211


PULAKOS   ALONGI, LTD
8801 HORIZON BL NE STE 300
ALBUQUERQUE, NM 87113


Randee Arnold
2544 3rd Street
Santa Monica, CA 90405


ReelzChannel LLC
c/o ABQ Studios
5650 University Blvd
Bldg D
Albuquerque, NM 87106


SANDIA OFFICE SUPPLY
3831 SINGER BL NE
ALBUQUERQUE, NM 87109


Sandia Safe   Lock
4318 SILVER SE
Albuquerque, NM 87108-2723


Sign Design
204 GROVE NE
Albuquerque, NM 87108

```
STUDIO AIR
10208 SAN BERNARDINO NE
ALBUQUERQUE, NM 87122


Studio Concierge
PO BOX 21519
Albuquerque, NM 87154-1519


Topanga Productions Inc
Sony Pictures Television
10202 W Washington Blvd
Culver City, CA 90232


TRAVELERS CL REMITTANCE CTR
HARTFORD, CT 06183-1008


White Zuckerman Warsavsky et al
14455 Ventura Bl , 3rd Fl
Sherman Oaks, CA 91423


Williams Scotsman
PO BOX 91975
Chicago, IL 60693-1975


WORKERS REALTY TRUST II, LP
c/o New Vista
fka Commonwealth Realty
20 South Clark St, Suite 3000
Chicago, IL 60603


XEROX CORPORATION
PO BOX 7405
PASADENA, CA 91109-7405
```

```
YEAROUT MECHANICAL, INC
8501 WASHINGTON NE
ALBUQUERQUE, NM 87113
```

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven T. Gubner<br>21650 Oxnard Street<br>Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 156593<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>   Pacifica Mesa Studios, LLC | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   11 |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Steven T. Gubner                                        , the undersigned in the above-captioned case, hereby declare
<br>*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.     ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ Steven T. Gubner                                July 20, 2010
<br>Signature of Attorney or Declarant               Date

Steven T. Gubner
<br>Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy