STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
ROBYN SOKOL - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:  818.827.9099
Email:    sgubner@ebg-law.com
          rburstein@ebg-law.com
          rsokol@ebg-law.com

Attorneys for Debtor, Pacifica Mesa Studios, LLC,

FILED & ENTERED

DEC 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PACIFICA MESA STUDIOS, LLC, dba Albuquerque Studios dba ABQ Studios,<br><br>　　　　Debtor and Debtor-in-Possession | Case No. 1:10-bk-18827-GM<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT; (B) SCHEDULING A HEARING ON CONFIRMATION OF THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; (C) ESTABLISHING OTHER HEARING DATES AND DEADLINES REALTED THERETO**<br><br>Disclosure Statement Hearing<br>Date:　November 30, 2010<br>Time:　10:00 a.m.<br><br>Plan Confirmation Hearing<br>Date:　February 24 and 25, 2011<br>Time:　9:00 a.m.<br>Place:　Courtroom 303<br>　　　　United States Bankruptcy Court<br>　　　　21041 Burbank Boulevard<br>　　　　Woodland Hills, CA 91367 |

　　　　A hearing on the adequacy of the Debtor's Disclosure Statement ("Disclosure Statement") for the Debtor's Chapter 11 Plan of Reorganization ("Plan") filed by Pacifica Mesa Studios, LLC ("Debtor") came on regularly for hearing on November 30, 2010 at 10:00 a.m. in Courtroom 303 of the above-referenced Bankruptcy Court.  Robyn B. Sokol of Ezra Brutzkus

-1-

345307

Gubner LLP appeared on behalf of the Debtor. Other appearances are as reflected in the Court's record.

After consideration of the Disclosure Statement, the objections and other pleadings on file, the statements set forth on the record at the hearing, based on the rulings set forth on the record at the hearing, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The First Amended Disclosure Statement, a true and correct copy of which was filed with the Court as Docket No. 101 on December 13, 2010 and incorporated herein by this reference, is approved by this Court as containing adequate information in accordance with 11 U.S.C. § 1125.

2. Within five business days of entry of this Order, copies of the First Amended Disclosure Statement, the Plan, ballots for accepting or rejecting the Plan, and Notice shall be transmitted by first class mail to all creditors, interest holders, interested parties and the United States Trustee.

3. February 11, 2011 is fixed as the last day by which ballots accepting or rejecting the Plan must be received by Debtor's counsel. Any ballots received after 5:00 p.m. on February 11, 2011 shall not be counted absent approval of the Court.

4. An evidentiary hearing to confirm the Plan will be held on February 24, 2011 at 9:00 a.m. and, if necessary, February 25, 2011 at 9:00 a.m. in Courtroom 303 of the above-referenced Bankruptcy Court. The Debtor shall comply with Rule 3017(d) of the Federal Rules of Bankruptcy Procedure, and all applicable Local Bankruptcy Rules regarding providing notice of the Plan confirmation hearing and otherwise with respect to approval of the Plan.

5. The status conference regarding the above-captioned bankruptcy case has been continued to January 25, 2011 at 10:00 a.m. No later than January 11, 2011, (i) the Debtor shall file briefing statements on whether the Debtor is entitled to a discharge under the Plan and any other issues the Debtor wishes to address and (ii) Workers Realty Trust II, L.P. shall file briefing statements concerning the New Market Tax Credit Proceeds ("NMTC Proceeds") and the Debtor's interests therein and any other issues Workers Realty Trust II, L.P. wishes to

345307

1    address. Objections and responses thereto, if any, are due no later than January 18, 2011. A

2    hearing on these matters shall be conducted on January 25, 2011 at 10:00 a.m.

3         6.    All discovery with respect to the Plan must be completed by January 31, 2011.

4         7.    All hearings regarding discovery disputes or motions *in limine* with respect to

5    confirmation of the Plan must be set for hearing no later than February 15, 2011.

6         8.    February 10, 2011 is fixed as the last day for filing and serving pursuant to

7    Federal Rule of Bankruptcy Procedure 3020(b)(1) written objections to confirmation of the

8    Plan. Any such objection shall be in writing and shall be served upon: (a) Robyn B. Sokol,

9    Esq., Ezra Brutzkus Gubner, LLP, 21650 Oxnard Street Suite 500, Woodland Hills, CA 91367,

10    counsel for the Debtor as approved by order of the Court; (b) Robert T. Schmidt, Esq., Kramer

11    Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, New York 10036,

12    counsel for the DIP Lender and the First Lien Lender; (c) Michael I. Gottfried, Esq., Landau

13    Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, California 90067,

14    counsel for the DIP Lender and the First Lien Lender; and (d) Monika J. Machen, Esq.,

15    Polsinelli Shughart PC, 161 N. Clark Street, Suite 4200, Chicago, IL 60601, counsel for

16    Workers Realty Trust II, L.P.; and (e) Sara L. Chenetz, Esq., Blank Rome LLP, 1925 Century

17    Park East, 19th Floor, Los Angeles, CA 90067, counsel for Workers Realty Trust II, L.P.

18         9.    Debtors shall file and serve their Memorandum in Support of Confirmation of the

19    Plan and their Report of Plan Voting no later than noon prevailing California time February 18,

20    2011.

21         **IT IS SO ORDERED.**

22    ###

23    DATED: December 21, 2010

                                                United States Bankruptcy Judge

-3-

345307

| In re:<br>PACIFICA MESA STUDIOS, LLC, etc., et al.<br><br>Debtor(s). | CHAPTER  7<br><br>CASE NUMBER: 1:10-bk-18827-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT; (B) SCHEDULING A HEARING ON CONFIRMATION OF THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; (C) ESTABLISHING OTHER HEARING DATES AND DEADLINES REALTED THERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 13, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**Via U.S. Mail**
Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA  91367

☐ Service information continued on attached page

-4-

345307

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 13, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

- Sara Chenetz    chenetz@blankrome.com
- Paul M Brent    snb300@aol.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Peter F Jazayeri    jazayeri@blankrome.com
- Monika J. Machen    mmachen@polsinelli.com
- Jerry L Switzer    jswitzer@polsinelli.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 13, 2010 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

345307

| In re:<br>PACIFICA MESA STUDIOS, LLC, etc., et al.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER: 1:10-bk-18827-GM |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE OF BAR DATE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 13, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Sara Chenetz    chenetz@blankrome.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Peter F Jazayeri    jazayeri@blankrome.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Monika J Machen    mmachen@polsinelli.com
- Jerry L Switzer    jswitzer@polsinelli.com

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached pag

-6-

345307