STEVEN T. GUBNER - Bar No. 156593
ROBYN SOKOL - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:   818.827.9099
Email:        sgubner@ebg-law.com
                  rsokol@ebg-law.com

Attorneys for Debtor and Debtor-in-
Possession, Pacifica Mesa Studios, LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>PACIFICA MESA STUDIOS, LLC, dba Albuquerque Studios dba ABQ Studios,<br><br>       Debtor and Debtor-in-Possession | Case No. 1:10-bk-18827-GM<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON PLAN CONFIRMATION**<br><br>Date: July 7, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 303<br>        United States Bankruptcy Court<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |

**TO ALL CREDITORS AND PARTIES IN INTEREST, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

   **PLEASE TAKE NOTICE** that an evidentiary hearing on confirmation of the "Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code," filed on October 15, 2010 (the "Plan") pursuant to § 1129 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., has been scheduled for July 7, 2011 at 9:00 a.m. in Courtroom 303 of the above-referenced Bankruptcy Court, which is located at 21041 Burbank Boulevard, Woodland Hills, California, 91367.

   **PLEASE TAKE FURTHER NOTICE** that by entry of the "Order (A) Granting Debtor's First Amended Disclosure Statement; (B) Scheduling A Hearing on Confirmation of the Debtor's Chapter 11 Plan of Reorganization; (C) Establishing Other Hearing Dates and Deadlines Related Thereto" on December 21, 2010, the United States Bankruptcy Court, among other things, approved the "Debtor's First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization" ("Disclosure Statement") as containing adequate information in accordance with 11 U.S.C. § 1125 and authorized Pacifica Mesa Studios, LLC, dba Albuquerque Studios dba ABQ Studios, debtor and debtor in possession in the above captioned case ("Debtor"), to disseminate the Plan, Disclosure Statement and Ballots ("Solicitation Materials").

**PLEASE TAKE FURTHER NOTICE** that the Solicitation Materials were previously served on December 29, 2010.

**PLEASE TAKE FURTHER NOTICE** that copies of the Solicitation Materials may be obtained by contacting in writing counsel identified in the upper left corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to file an objection to the confirmation of the Plan shall do so in writing and file such objection no later than June 20, 2011. Objections must be served upon the following counsel:

(a) Robyn B. Sokol, Esq., Ezra Brutzkus Gubner, LLP, 21650 Oxnard Street Suite 500, Woodland Hills, CA 91367, counsel for the Debtor as approved by order of the Court;

(b) Robert T. Schmidt, Esq., Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036, counsel for the DIP Lender and the First Lien Lender;

(c) Michael I. Gottfried, Esq., Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067, counsel for the DIP Lender and the First Lien Lender;

(d) Monika J. Machen, Esq., Polsinelli Shughart PC, 161 N. Clark Street, Suite 4200, Chicago, IL 60601, counsel for Workers Realty Trust II, L.P.; and

(e) Sara L. Chenetz, Esq., Blank Rome LLP, 1925 Century Park East, 19th Floor, Los Angeles, CA 90067, counsel for Workers Realty Trust II, L.P.;

and, upon the Office of the United States Trustee. If not served by ECF filing to the Office of the United States Trustee, service to the Office of the United States Trustee must be made to the following address: Office of the United States Trustee, Attn: Margaux Ross, Esq., 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that any objection to confirmation of the Plan must be in writing and must set forth the facts and law upon which such objection is based, and the party filing such objection must appear at the hearing. Any objection must be supported by competent and admissible evidence.

**PLEASE TAKE FURTHER NOTICE** that if you do not object to the Plan or if your objections are overruled, you will be bound by the confirmation of the Plan.

Dated: May 16, 2011                                          EZRA BRUTZKUS GUBNER LLP

                                                                         By: /s/ Robyn B. Sokol
                                                                              Robyn B. Sokol
                                                                              Attorneys for Debtor and Debtor-in-Possession
                                                                              Pacifica Mesa Studios, LLC

*404851*

| In re:<br>PACIFICA MESA STUDIOS, LLC, etc., et al.<br><br>Debtor(s). | CHAPTER  7<br><br>CASE NUMBER: 1:10-bk-18827-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 18, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Sara Chenetz    chenetz@blankrome.com
- Paul M Brent    snb300@aol.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Peter F. Jazayeri    jazayeri@blankrome.com
- Monika J. Machen    mmachen@polsinelli.com
- S. Margaux Ross    margaux.ross@usdoj.gov
- Jerry L Switzer    jswitzer@polsinelli.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 18, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**Via U.S. Mail**
Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA  91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2011 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>PACIFICA MESA STUDIOS, LLC, etc., et al.<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER: 1:10-bk-18827-GM |
|---|---|

## II. SERVED BY U.S. MAIL

Pacifica Mesa Studios, LLC
5236 Colodny Drive, Suite 101
Agoura Hills, CA 91301

Administaff Companies II, LP
Attn John Spurgin II, Sr VP Legal
19001 Crescent Springs Drive
Kingwood, TX 77339-3802

Accounting Principals
Attn: Joanna Kraft
1 Independent Drive, Suite 800
Jacksonville, FL 32202

American Express PMS
PO Box 650448
Dallas, TX 75265-0448

American Property Tax Co, Inc
Synergy Ventures, Inc
201 Third St NW Suite 480
Albuquerque, NM 87102

Ballantines
10387 Lorenzo Drive
Los Angeles, CA 90064

Bernalillo County Treasurer
Patrick Padilla
P O Box 627
Albuquerque, NM 87103-0627

CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723

Cisco Systems Capital Corp
PO Box 41602
Philadelphia, PA 19101-1602

CMR Risk Insurance Svcs Inc
8880 Rio San Diego Dr, Ste 725
San Diego, CA 92108

Crown Jewel Popcorn
5620 Venice Ave NE, Suite H
Albuquerque, NM 87113

Crystal Springs
PO Box 90760
Albuquerque, NM 87199-0760

Database Works
500 S. Kraemer Blvd, Suite 110
Brea, CA 92821

Attorney for Mesa del Sol
David A. Freedman
Freedman Boyd Hollander et al
20 First Plaza
Albuquerque, NM 87102

Digital Media Group
David A. Jones, General Counsel
Hubbard Media Group
3415 University Avenue
Saint Paul, MN 55114

Dell Business Credit
DFS Customer Care Dept
PO Box 81577
Austin, TX 78708-1577

Direct TV
PO Box 60036
Los Angeles, CA 90060-0036

FTP Productions Inc
Touchstone / ABC Studios
500 W Buena Vista St
Burbank, CA 91521

Fincham Trailer Rentals
5601 Wilshire NE
Albuquerque, NM 87113

Forever Green
5411 Grande Drive NW
Albuquerque, NM 87107

Go Green Recycling, LLC
610 Central Avenue SW
Albuquerque, NM 87102

Attorney for Mesa del Sol
Floyd D. Wilson/John Myers
Myers Oliver Price, PC
1401 Central Avenue
Albuquerque, NM 87104

Attorney for Nick Smerigan, Roadtown
Enterprises, Jeremy Hariton
Joseph L. Golden, Esq.
1801 Century Park E, 24th Fl
Los Angeles, CA 90067

Linda S. Koffman, Esq.
Gipson Hoffman Pancione
1901 Ave of the Stars, Ste 1100
Los Angeles, CA 90067-6002

Heritage Crystal Clean
13621 Collections Ctr Drive
Chicago, IL 60693-0136

Hertz Equip. Rental fka
First Call Studio Equipment
12458 Gladstone Avenue
Sylmar, CA 91342

Hilltop Landscape
PO Box 10630
Albuquerque, NM 87184

HRO
410 El Cerro
Los Lunas, NM 87031

Industrial Water Engineering Inc
7309 Jefferson NE
Albuquerque, NM 87109

JLS Security
PO BOX 36497
Albuquerque, NM 87176

Jason Potter
5650 University Blvd
Albuquerque, NM 87106

| | | |
|---|---|---|
| Kwal Paint<br>1316 Texas Ave<br>El Paso, TX 79901 | Counsel for New Mexico<br>Educators Federal Credit Union<br>Donald R. Fenstermacher, Esq.<br>PO Box 8530<br>Albuquerque, NM 87198 | Studio Air<br>10208 San Bernardino NE<br>Albuquerque, NM 87122 |
| Lexis Nexis<br>PO Box 894166<br>Los Angeles, CA 90189-4166 | New Mexico Taxation and Revenue<br>PO Box 8575<br>Santa Fe, NM 87198-8575 | Studio Concierge<br>PO Box 21519<br>Albuquerque, NM 87154-1519 |
| Longview Ultra I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 | Pacifica Ventures, LLC<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | <u>Attorney for Jason Hariton, Number Two, Burn & Rave</u><br>J. Chris Sweeney<br>1901 Ave of the Stars, 2nd Fl<br>Los Angeles, CA 90067 |
| Mario's Catering, Inc<br>8100 M 4 Wyoming Bl Ste 182<br>Albuquerque, NM 87105 | Pitney Bowes<br>Attn: Customer Support Services<br>2225 American Drive<br>Neenah, WI 54956 | T Mobile<br>T Mobile Customer Svc.<br>PO Box 37380<br>Albuquerque, NM 87176-7380 |
| Millennium Maintenance Systems<br>26007 Huntington Ln #11<br>Valencia, CA 91355 | Producers Guild of America<br>8530 Wilshire Blvd Ste 450<br>Beverly Hills, CA 90211 | Star Waggons<br>Jason Waggoner<br>13334 Ralston Avenue<br>Sylmar, CA 91342 |
| Mesa del Sol, LLC<br>Attn: Floyd D. Wilson, Esq.<br>1401 Central Avenue NW<br>Albuquerque, NM 87104 | Pulakos Alongi, Ltd<br>8801 Horizon Bl NE Ste 300<br>Albuquerque, NM 87113 | Travelers<br>CL & Specialty<br>Remittance Center<br>Hartford, CT 06183-1008 |
| National Registered Agents, Inc<br>100 Canal Pointe Blvd., Suite 212<br>Princeton, NJ 08540 | Sandia Office Supply<br>3831 Singer Blvd NE<br>Albuquerque, NM 87109 | Verizon Wireless<br>Verizon Wireless Bankruptcy Admin<br>PO Box 3397<br>Bloomington, IL 61702 |
| Mariano Schwed<br>VP Litigation<br>NBC Universal, Inc.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Sandia Safe Lock<br>4318 Silver SE<br>Albuquerque, NM 87108-2723 | |
| New Mexico Lighting Grip Co<br>c/o Mariano Schwed, VP Litigation<br>NBC Universal, Inc.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Sign Design<br>204 Grove NE<br>Albuquerque, NM 87108 | Vincent Productions, LLC<br>Dreamworks SKG<br>Attn: Marcia L Daley<br>100 Universal City Plz Bldg 5125<br>Universal City, CA 91608 |
| <u>Counsel for New Mexico Educators Federal Credit Union</u><br>Donald R. Fenstermacher, Esq.<br>PO Box 8530<br>Albuquerque, NM 87198 | Sony Pictures Television. Inc. (Topanga Productions)<br>Attn: Kathleen Hallinan, Esq.<br>Sony Pictures Entertainment<br>10202 W Washington Blvd<br>Culver City, CA 90232-3195 | Waste Management of New Mexico<br>Rio Rancho Hauling<br>1580 E. Elwood Street<br>Phoenix, AZ 85040 |
| New Mexico Environ Dept/HWB<br>Attn: Charlotte Duran<br>2905 Rodeo Park Dr East Bldg 1<br>Santa Fe, NM 87505 | Sound Signal Systems of NM Inc<br>3233 Stanford Drive NE<br>Albuquerque, NM 87107 | Western States Fire Protection<br>1615½ University Blvd NE<br>Albuquerque, NM 87102 |
| | Sprint<br>Customer Service<br>POB 8077<br>London, KY 40742 | |

| | | |
|---|---|---|
| White Zuckerman Warsavsky<br>14455 Ventura Bl., 3d Floor<br>Sherman Oaks, CA 91423 | Chris Hicks<br>c/o Kissen Studio Rentals, Inc.<br>3415 S. Sepulveda Blvd #630<br>Los Angeles, CA 90034-6060 | New Cingular Wireless PCS, LLC<br>Attn Lease Administration<br>12555 Cingular Way<br>Alpharetta, GA 30004-6502 |
| Williams Scotsman<br>PO Box 91975<br>Chicago, IL 60693-1975 | City of Albuquerque<br>Union Development Corp<br>122 Tulane Dr SE<br>Albuquerque, NM 87106 | New Mexico Film Rentals, Inc.<br>Attn Tom and Linda<br>Shaughnessy<br>5650 University Blvd SE, A 205<br>Albuquerque, NM 87106 |
| Workers Realty Trust II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 | Dana Arnold<br>2544 3rd Street<br>Santa Monica, CA 90405 | Randee Arnold<br>2544 3rd Street<br>Santa Monica, CA 90405 |
| Xerox Corporation<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive-450<br>Lewisville, TX 75057 | E Wireless dba MNM<br>Location Svcs<br>Attn Moises Barba<br>1310 Westwood Blvd<br>Los Angeles, CA 90024 | ThyssenKrupp Elevator<br>Corporation<br>8920 Adams Street NE, Suite B<br>Albuquerque, NM 87113 |
| Yearout Mechanical, Inc<br>8501 Washington NE<br>Albuquerque, NM 87113 | ~~Ease Entertainment Services~~<br>~~Attn Ruben Rodriguez~~<br>~~5650 University Blvd SE, A 211~~<br>~~Albuquerque, NM 87106~~ Mail Rtd-NF | Wayne Rauschenberger<br>3807 San Felipe Avenue<br>Newbury Park, CA 91320 |
| 1680 PR<br>Attn Ken Lingard<br>5650 University Bl SE Bldg A<br>Rm 203<br>Albuquerque, NM 87106 | Entertainment Partners<br>Attn Michael K. Wofford<br>2835 M Naomi Street<br>Burbank, CA 91504-2024 | ReelzChannel LLC<br>c/o ABQ Studios<br>5650 University Blvd, Bldg D<br>Albuquerque, NM 87106 |
| Adam Barth<br>Absolut Video<br>5 Rico Court<br>Santa Fe, NM 87508 | Hal Katersky<br>508 W Stafford Road<br>Thousand Oaks, CA 91361 | <u>Attorneys for Digital Media Group</u><br>Fraser Reid<br>Hulsey Litigation Group, LLC<br>2 Wharfside 3-0<br>Charleston, SC 29401 |
| Black Swan and Associates, Inc<br>494 Vineyard Drive<br>Wood Ranch, CA 93065 | Hilary Katersky<br>508 W Stafford Road<br>Thousand Oaks, CA 91361 | American Infosource Lp<br>as Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Canteen Co. of New Mexico<br>Attn Kevin Callesen<br>4809 Hawkins NE<br>Albuquerque, NM 87109 | Kissen Studio Rentals, Inc.<br>Richard Kissen<br>3415 S. Sepulveda Blvd #690<br>Los Angeles, CA 90034-6060 | |

| | | |
|---|---|---|
| <u>Attorneys for Amalgamated Bank</u><br><u>(Longview Ultra)</u><br>Robert T. Schmidt, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1117 Avenue of the Americas<br>New York, NY 10036 | <u>Attorneys for Workers Realty Trust II, LP</u><br>Mark J. Nora, Esq.<br>Polsinelli Shughart PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601 | <u>Attorneys for Workers Realty Trust II, LP</u><br>Louis Puccini, Jr., Esq.<br>Puccini Law, P.A.<br>11200 Lomas Boulevard, N.E., Suite 200<br>Albuquerque, NM 87112-5571 |