STEVEN T. GUBNER - Bar No. 156593
ROBYN B. SOKOL - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
sgubner@ebg-law.com
rsokol@ebg-law.com

Attorneys for Debtor, Pacifica Mesa Studios, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PACIFICA MESA STUDIOS, LLC, dba Albuquerque Studios dba ABQ Studios,<br><br>Debtor and Debtor-in-Possession | Case No. 1:10-bk-18827-GM<br><br>Chapter 11<br><br>**NOTICE OF: (1) THE ENTRY OF THE ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION FOR PACIFICA MESA STUDIOS, LLC DBA ALBUQUERQUE STUDIOS DBA ABQ STUDIOS; (2) THE OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; AND (3) BAR DATES FOR CERTAIN CLAIMS**<br><br>[No Hearing Required] |

TO ALL CREDITIORS, INTEREST HOLDERS, AND PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE OF THE FOLLOWING:

**1. Confirmation of the Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code as modified ("Plan").** The above captioned debtor hereby gives notice that, on July 27, 2011 ("Confirmation Date"), the Honorable Geraldine Mund, United States Bankruptcy Judge, entered the "Findings of Fact, Conclusions of Law and Order Confirming Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code" (the "Confirmation Order") [Docket No. 176].

**2. Effective Date.** Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that all terms and conditions necessary for the Plan to become effective have been satisfied, and the Effective Date of the Plan occurred on August 17, 2011 ("Effective Date").

**3. Effect of the Occurrence of the Effective Date.** The rights afforded in the Plan and the payments and distributions to be made thereunder shall discharge all existing debts of and Claims against, and terminate all Equity Interests in, the Debtor of any kind, nature or description whatsoever, or any of its assets or properties, to the fullest extent permitted by section 1141 of the

1

Bankruptcy Code. Pursuant to the Confirmation Order, **all** membership interests in the Debtor were cancelled as of the Effective Date. The provisions of the Plan and the Confirmation Order, pursuant to section 1141(a) of the Bankruptcy Code, are binding upon all persons, including the Reorganized Debtor, any entity acquiring property under the Plan, and any creditor, equity or interest holder in the Debtor and the Reorganized Debtor, whether or not the claim or interest of such creditor or equity interest holder is impaired under the Plan and whether or not such creditor or interest holder has accepted the Plan.

4.  **Administrative Claims Bar Date.** All requests for administrative expenses pursuant to section 503 of the Bankruptcy Code ("Administrative Claim"), must be f[piled not later than September 16, 2011, within thirty (30) days of the Effective Date. Any Administrative Claim required to be filed within the foregoing deadline that is not filed within such deadline shall be forever barred and the Reorganized Debtor shall be discharged of any obligation on such Claim.

5.  **Professional Fees Bar Date.** Pursuant to the terms of the Plan and the Confirmation Order, any professional seeking an allowance, pursuant to sections 327, 328, 330, 331, 503(b), 507(a)(I) and/or 1103 of the Bankruptcy Code, of (i) an Administrative Claim or (ii) final compensation or reimbursement of expenses incurred on or before the Effective Date for professional services rendered to the Reorganizing Debtor or in relation to the chapter 11 case ("Professional Fees and Expenses") must file an application for allowance of such Administrative Claim or Professional Fees and Expenses (each, an "Application"), by no later than October 3, 2011, forty-seven (47) days after the Effective Date. Any professional fee application required to be filed within the foregoing deadline that is not filed within such deadline shall be forever barred and the Reorganized Debtor shall be discharged of any obligation on such Claim.

6.  **Bar Date for Rejection Damages Claims.** Pursuant to the terms of the Plan and the Confirmation Order, all proofs of claim arising from the rejection of the Rejected Leases and Contracts ("Rejection Damages Claim") must be filed not later than September 16, 2011, which is thirty (30) days after the Effective Date. Any Rejection Damages Claim required to be filed within the foregoing deadline that is not filed within such deadline shall be forever barred and the Reorganized Debtor shall be discharged of any obligation on such Claim.

DATED:  August 29, 2011                    EZRA BRUTZKUS GUBNER LLP


                                           By:_____
                                              Robyn B. Sokol
                                           Attorneys for, Debtor, Pacifica Mesa Studios, LLC

430816

2

| In re:<br>PACIFICA MESA STUDIOS, LLC, etc., et al.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER: 1:10-bk-18827-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **NOTICE OF: (1) THE ENTRY OF THE ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION FOR PACIFICA MESA STUDIOS, LLC DBA ALBUQUERQUE STUDIOS DBA ABQ STUDIOS; (2) THE OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; AND (3) BAR DATES FOR CERTAIN CLAIMS** as will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 29, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Sara Chenetz    chenetz@blankrome.com
- Paul M. Brent    snb300@aol.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Peter F. Jazayeri    jazayeri@blankrome.com
- Monika J. Machen    mmachen@polsinelli.com
- S. Margaux Ross    margaux.ross@usdoj.gov
- Jerry L Switzer    jswitzer@polsinelli.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 29, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**Via U.S. Mail**

Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA  91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 29, 2011 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| Pacifica Mesa Studios, LLC<br>5236 Colodny Dr., Ste 101<br>Agoura Hills, CA 91301 | <u>Attys for Mesa del Sol</u><br>David A. Freedman<br>Freedman Boyd Hollander et al<br>20 First Plaza<br>Albuquerque, NM 87102 | Linda S. Koffman, Esq.<br>Gipson Hoffman Pancione<br>1901 Ave of the Stars, Ste 1100<br>Los Angeles, CA 90067-6002 |
| Administaff Companies II, LP<br>Attn John Spurgin II, Sr VP Legal<br>19001 Crescent Springs Drive<br>Kingwood, TX 77339-3802 | Digital Media Group<br>David A. Jones, General Counsel<br>Hubbard Media Group<br>3415 University Avenue<br>Saint Paul, MN 55114 | Heritage Crystal Clean<br>13621 Collections Ctr Dr.<br>Chicago, IL 60693-0136 |
| Accounting Principals<br>Attn: Joanna Kraft<br>1 Independent Drive, Suite 800<br>Jacksonville, FL 32202 | Dell Business Credit<br>DFS Customer Care Dept<br>PO Box 81577<br>Austin, TX 78708-1577 | Hertz Equip. Rental fka<br>First Call Studio Equipment<br>12458 Gladstone Ave<br>Sylmar, CA 91342 |
| American Express PMS<br>PO Box 650448<br>Dallas, TX 75265-0448 | Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 | Hilltop Landscape<br>PO Box 10630<br>Albuquerque, NM 87184 |
| American Property Tax Co, Inc<br>Synergy Ventures, Inc<br>201 Third St., NW Ste 480<br>Albuquerque, NM 87102 | FTP Productions Inc<br>Touchstone / ABC Studios<br>500 W Buena Vista St<br>Burbank, CA 91521 | HRO<br>410 El Cerro<br>Los Lunas, NM 87031<br><br>Industrial Water Engineering Inc<br>7309 Jefferson NE<br>Albuquerque, NM 87109 |
| Ballantines<br>10387 Lorenzo Dr.<br>Los Angeles, CA 90064 | Fincham Trailer Rentals<br>5601 Wilshire NE<br>Albuquerque, NM 87113 | JLS Security<br>PO BOX 36497<br>Albuquerque, NM 87176 |
| Bernalillo County Treasurer<br>Patrick Padilla<br>PO Box 627<br>Albuquerque, NM 87103-0627 | Forever Green<br>5411 Grande Drive NW<br>Albuquerque, NM 87107 | Jason Potter<br>5650 University Blvd.<br>Albuquerque, NM 87106 |
| CDW Direct LLC<br>PO Box 75723<br>Chicago, IL 60675-5723 | Go Green Recycling, LLC<br>610 Central Ave. SW<br>Albuquerque, NM 87102 | Kwal Paint<br>1316 Texas Ave.<br>El Paso, TX 79901 |
| Cisco Systems Capital Corp<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | <u>Attys for Mesa del Sol</u><br>Floyd D. Wilson/John Myers<br>Myers Oliver Price, PC<br>1401 Central Ave.<br>Albuquerque, NM 87104 | Lexis Nexis<br>PO Box 894166<br>Los Angeles, CA 90189-4166 |
| CMR Risk Insurance Svcs Inc<br>8880 Rio San Diego Dr, Ste 725<br>San Diego, CA 92108 | <u>Atty for Nick Smerigan, Roadtown</u><br><u>Enterprises, Jeremy Hariton</u><br>Joseph L. Golden, Esq.<br>1801 Century Park E, 24th Fl<br>Los Angeles, CA 90067 | Longview Ultra I<br>c/o Amalgamated Bank<br>275 Seventh Avenue, 14th floor<br>New York, NY 10001 |
| Crown Jewel Popcorn<br>5620 Venice Ave. NE, Suite H<br>Albuquerque, NM 87113 | | Mario's Catering, Inc<br>8100 M 4 Wyoming Bl Ste 182<br>Albuquerque, NM 87105 |
| Database Works<br>500 S. Kraemer Blvd, Ste 110<br>Brea, CA 92821 | | |

| | | |
|---|---|---|
| Millennium Maintenance Systems<br>26007 Huntington Ln #11<br>Valencia, CA 91355 | Sandia Office Supply<br>3831 Singer Blvd., NE<br>Albuquerque, NM 87109 | Verizon Wireless<br>Verizon Wireless Bankruptcy Admin<br>PO Box 3397<br>Bloomington, IL 61702 |
| Mesa del Sol, LLC<br>Attn: Floyd D. Wilson, Esq.<br>1401 Central Ave., NW<br>Albuquerque, NM 87104 | Sandia Safe Lock<br>4318 Silver SE<br>Albuquerque, NM 87108-2723 | Vincent Productions, LLC<br>Dreamworks SKG<br>Attn: Marcia L Daley<br>100 Universal City Plz Bldg 5125<br>Universal City, CA 91608 |
| National Registered Agents, Inc<br>100 Canal Pointe Blvd., Suite 212<br>Princeton, NJ 08540 | Sign Design<br>204 Grove NE<br>Albuquerque, NM 87108 | |
| Mariano Schwed<br>VP Litigation<br>NBC Universal, Inc.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Sony Pictures Television. Inc.<br>(Topanga Productions)<br>Attn: Kathleen Hallinan, Esq.<br>Sony Pictures Entertainment<br>10202 W Washington Blvd.<br>Culver City, CA 90232-3195 | Waste Management of New Mexico<br>Rio Rancho Hauling<br>1580 E. Elwood St.<br>Phoenix, AZ 85040 |
| New Mexico Lighting Grip Co<br>c/o Mariano Schwed, VP Litigation<br>NBC Universal, Inc.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Sound Signal Systems of NM Inc<br>3233 Stanford Drive NE<br>Albuquerque, NM 87107 | Western States Fire Protection<br>1615½ University Blvd NE<br>Albuquerque, NM 87102 |
| New Mexico Environ Dept/HWB<br>Attn Charlotte Duran<br>2905 Rodeo Park Dr. East Bldg 1<br>Santa Fe, NM 87505 | Sprint<br>Customer Service<br>POB 8077<br>London, KY 40742 | White Zuckerman Warsavsky<br>14455 Ventura Bl., 3d Floor<br>Sherman Oaks, CA 91423 |
| <u>Attys for New Mexico</u><br>Educators Federal Credit Union<br>Donald R. Fenstermacher, Esq.<br>PO Box 8530<br>Albuquerque, NM 87198 | Studio Air<br>10208 San Bernardino NE<br>Albuquerque, NM 87122 | Williams Scotsman<br>PO Box 91975<br>Chicago, IL 60693-1975 |
| New Mexico Taxation and Revenue<br>PO Box 8575<br>Santa Fe, NM 87198-8575 | Studio Concierge<br>PO Box 21519<br>Albuquerque, NM 87154-1519 | Workers Realty Trust II, LP<br>c/o New Vista<br>fka Commonwealth Realty<br>20 South Clark St, Suite 3000<br>Chicago, IL 60603 |
| Pacifica Ventures, LLC<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | <u>Attys for Jason Hariton</u><br>Number Two, Burn & Rave<br>J. Chris Sweeney<br>1901 Ave of the Stars, 2nd Fl<br>Los Angeles, CA 90067 | Xerox Corporation<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive-450<br>Lewisville, TX 75057 |
| Pitney Bowes<br>Attn Customer Support Services<br>2225 American Drive<br>Neenah, WI 54956 | T Mobile<br>T Mobile Customer Svc.<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Yearout Mechanical, Inc<br>8501 Washington NE<br>Albuquerque, NM 87113 |
| Producers Guild of America<br>8530 Wilshire Blvd Ste 450<br>Beverly Hills, CA 90211 | Star Waggons<br>Jason Waggoner<br>13334 Ralston Avenue<br>Sylmar, CA 91342 | 1680 PR<br>Attn Ken Lingard<br>5650 University Bl SE Bldg A Rm 203<br>Albuquerque, NM 87106 |
| Pulakos Alongi, Ltd<br>8801 Horizon Blvd,, NE Ste 300<br>Albuquerque, NM 87113 | Travelers<br>CL & Specialty<br>Remittance Center<br>Hartford, CT 06183-1008 | Adam Barth<br>Absolut Video<br>5 Rico Court<br>Santa Fe, NM 87508 |

| | | |
|---|---|---|
| Black Swan and Associates, Inc<br>494 Vineyard Drive<br>Wood Ranch, CA 93065 | ~~Ease Entertainment Services~~<br>~~Attn  Ruben Rodriguez~~<br>~~5650 University Blvd SE  A 211~~<br>~~Albuquerque, NM  87106~~ Mail<br>Rtd-NF | New Mexico Film Rentals, Inc.<br>Attn Tom and Linda Shaughnessy<br>5650 University Blvd SE, A 205<br>Albuquerque, NM  87106 |
| Canteen Co. of New Mexico<br>Attn Kevin Callesen<br>4809 Hawkins NE<br>Albuquerque, NM  87109 | Entertainment Partners<br>Attn  Michael K. Wofford<br>2835 M Naomi Street<br>Burbank, CA  91504-2024 | Randee Arnold<br>2544 3rd St.<br>Santa Monica, CA  90405 |
| Chris Hicks<br>c/o Kissen Studio Rentals, Inc.<br>3415 S. Sepulveda Blvd., #630<br>Los Angeles, CA  90034-6060 | Hal Katersky<br>508 W. Stafford Rd.<br>Thousand Oaks, CA  91361 | ThyssenKrupp Elevator<br>Corporation<br>8920 Adams Street NE, Suite B<br>Albuquerque, NM  87113 |
| City of Albuquerque<br>Union Development Corp<br>122 Tulane Dr SE<br>Albuquerque, NM  87106 | Hilary Katersky<br>508 W Stafford Rd.<br>Thousand Oaks, CA  91361 | Wayne Rauschenberger<br>3807 San Felipe Ave.<br>Newbury Park, CA  91320 |
| Dana Arnold<br>2544 3rd Street<br>Santa Monica, CA  90405 | Kissen Studio Rentals, Inc.<br>Richard Kissen<br>3415 S. Sepulveda Blvd #690<br>Los Angeles, CA  90034-6060 | ReelzChannel LLC<br>c/o ABQ Studios<br>5650 University Blvd., Bldg D<br>Albuquerque, NM  87106 |
| E Wireless dba MNM<br>Location Svcs<br>Attn Moises Barba<br>1310 Westwood Blvd<br>Los Angeles, CA  90024 | New Cingular Wireless PCS, LLC<br>Attn  Lease Administration<br>12555 Cingular Way<br>Alpharetta, GA  30004-6502 | <u>Attys for Digital Media Group</u><br>Fraser Reid<br>Hulsey Litigation Group, LLC<br>2 Wharfside 3-0<br>Charleston, SC 29401 |
| | IRS<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | American Infosource Lp<br>as Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |

| | | |
|---|---|---|
| <u>Attys for Amalgamated Bank</u><br><u>(Longview Ultra)</u><br>Robert T. Schmidt, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1117 Avenue of the Americas<br>New York, NY  10036 | <u>Attys for Workers Realty Trust II, LP</u><br>Monica J. Machen, Esq.<br>Polsinelli Shughart PC<br>161 North Clark St., Ste 4200<br>Chicago, IL  60601 | <u>Attorneys for Workers Realty</u><br><u>Trust II, LP</u><br>Louis Puccini, Jr., Esq.<br>Jerry L. Switzer, Esq.<br>Puccini Law, P.A.<br>11200 Lomas Blvd., N.E., Ste 200<br>Albuquerque, NM  87112-5571 |